UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------- x
                                                  :
In re:                                            :   Chapter 11
                                                  :
Veneer Products Ltd.,                             :   Case No.: 17-22759 (RDD)
                                                  :
                    Debtor.                       :
                                                  :
------------------------------------------------- x
                                                  :
In re:                                            :   Chapter 11
                                                  :
Rimi Woodcraft Corp.,                             :   Case No.: 17-20001 (RDD)
                                                  :
                    Debtor.                       :
                                                  :
------------------------------------------------- x
                                                  :
In re:                                            :   Chapter 11
                                                  :
Rimi Corporate Facilities Refurbishing Corp.,     :   Case No.: 17-20002 (RDD)
                                                  :
                    Debtor.                       :
                                                  :
------------------------------------------------- x

## DECLARATION OF ANTHONY RIZZO IN SUPPORT OF
## RULE 1007 AND FIRST DAY MOTIONS

Anthony Rizzo hereby declares under the penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am the President of Veneer Products Ltd ("Veneer"), Rimi Woodcraft Corp. ("Rimi Woodcraft") and Rimi Corporate Facilities Refurbishing Corp. ("Rimi Corporate") ("Debtors").

2. As the President of the Debtors, I am responsible for oversight of all aspects of the Debtors' business, facilities, employees and customers. My experiences have also helped me to understand the challenges the Debtors have incurred and the business needs of these distressed entities.

3. I submit this declaration in support of the Debtors' Chapter 11 petition, and to provide general information to the court of the events leading to the filing of the Chapter 11, and the strategy which the Debtors intend to follow during this proceeding.

**HISTORY OF THE DEBTORS OPERATIONS**

4. Debtors have been in operation for over 70 years in the Bronx, New York. Debtors are in the business of crafting fine custom woodworking and millwork for both commercial and personal construction projects.

5. The schedule of affiliation and respective shareholder interests are annexed as **Exhibit A**.

6. Veneer, Rimi Woodcraft and Rimi Corporate have filed Chapter 11 cases to preserve their assets.

7. ADF Designs Inc. ("ADF") is an operating affiliate in Middletown, New York.

8. Elite Woodcraft Installations, Inc. ("Elite") is a non-operating entity owned by Victor Cioffi, husband of Marie Rizzo

9. MVRC Leasing Corp("MVRC") is an entity owned by Marie Rizzo, Victor Cioffe, and Anthony Rizzo. MVRC has leased equipment, and loaned monies to the

2

Debtors. A schedule of the intercompany obligations and equipment is attached as **Exhibit B.**

10. Debtors occupy the premises at 1185 Commerce Avenue, Bronx, New York 10462, pursuant to a Lease between Debtors and Simone Development("Simone"). Debtors are working with Simone to surrender the premises upon liquidation of their equipment, and will relocate their accounting and sales departments to a smaller location. A stipulation surrendering the lease on or before August 31, 2017 has been prepared and will be submitted to the Court for approval.

11. For years, Debtors have been incurring mounting losses, and have fallen behind in their account payable to various creditors, including the taxing authorities. In fact, during the first quarter of this year, Debtors have fallen further behind to the IRS, and now owes in excess of $1,000,000 in debt and penalties to the IRS.

12. Debtors have fallen in arrears to the various unions to which they are members. At the time of filing, the unions have forwarded termination notices. See annexed **Exhibit C**.

13. In fact, this week, Debtors have, in light of the union termination notices and lack of liquidity, laid off substantially all of its workforce in the Bronx, except for bookkeeping and related functions.

14. Debtors manufacture specially designed woodworking and millwork for specific jobs. Debtors receive progress payment towards the completion of the job(s). Some of the jobs are incomplete, and Debtors are calculating the progress payment that

have been made and looking to compute the jobs-progress payments. The progress payment analysis is being prepared.

15. ADF, an affiliated company, in Middletown, New York, has agreed to assist in completing the manufacturing of millwork for FD Enterprises ("FD"). FD is owned by Frank Di Stefano, who has contracted for the jobs. FD has agreed to assume liability for certain subcontracts and fund completion of several of the projects. Failure to complete the projects will result in defaulted contracts, additional payables, and mechanics liens being placed on defaulted incomplete jobs.

16. The Debtors are retaining an appraiser and auctioneer to evaluate the best method for liquidating certain assets.

17. The Debtors are seeking a purchaser for the business; considering liquidation scenarios; and analyzing its continuing operation as a subcontractor. The interests of the principals are to maximize realization of Debtors' assets for the benefit of their creditors.

Dated May ___, 2017

_____
ANTHONY RIZZO

# EXHIBIT A

## RIMI WOODCRAFT CORP. AND AFFILIATES

Rimi Woodcraft Corp.

Rimi Corporate Facilities Refurbishing Ltd.

Veneer Products Ltd.

ADF Designs Inc.

MVRC LeasingCorp.

Mid-Orange Properties

Elite Woodcraft Installations

## SHAREHOLDER INTEREST

### RIMI WOODCRAFT CORP.
| | |
|---|---|
| Anthony Rizzo | 61.75% |
| Marie Rizzo | 33.25% |
| Anthony Rizzo, Jr. | 1.00% |
| Dominick Rizzo, Jr. | 1.00% |
| Mary Catherine Rizzo | 1.00% |
| Danielle Rizzo | 1.00% |
| Anne Marie Rizzo | 1.00% |
| | 100.00% |

### RIMI CORPORATE FACILITIES REFURBISHING LTD.
| | |
|---|---|
| Anthony Rizzo | 63.75% |
| Marie Rizzo | 36.25% |
| | 100.00% |

### MVRC LEASING CORP.
| | |
|---|---|
| Marie Rizzo | 33.33% |
| Anthony Rizzo | 33.34% |
| Victor Cioffi | 33.33% |
| | 100.00% |

### VENEER PRODUCTS LTD.
| | |
|---|---|
| Anthony Rizzo | 67.65% |
| Marie Rizzo | 32.35% |
| | 100.00% |

### ADF – (BUSINESS)
| | |
|---|---|
| Anthony Rizzo | 66.67% |
| Marie Rizzo | 33.33% |
| | 100.00% |

### MID-ORANGE PROPERTIES – (Real Estate)
| | |
|---|---|
| Anthony Rizzo | 73.50% |
| Marie Rizzo | 26.50% |
| | 100.00% |

# EXHIBIT B

# MARIE'S LOAN - RUNNING BALANCE

| | | |
|---|---|---|
| Loan balance as of 12/31/16 | 360,564.60 | From MVRC GL #2802 |
| Marie's recent loans to MVRC | 412,000.00 | See below |
| Payments to Marie from MVRC | (59,400.00) | See below |
| **Total Loan balance** | **713,164.60** | Agrees with MVRC books |

| | MARIE'S RECENT LOANS | |
|---|---|---|
| Marie | 40,000.00 | Loan on 05/08/17 - REG |
| Marie | 27,000.00 | Loan on 05/05/17 - REG |
| Marie | 38,000.00 | Loan on 05/04/17 - REG |
| Marie | 36,000.00 | Loan on 05/03/17 - REG |
| Marie | 34,000.00 | Loan on 05/01/17 - Westage |
| Marie | 25,000.00 | Loan on 04/19/17 - REG |
| Marie | 24,000.00 | Loan on 04/18/17 - MM |
| Marie | 38,000.00 | Loan on 04/17/17 - REG |
| Marie | 25,000.00 | Loan on 04/14/17 - Westage |
| Marie | 50,000.00 | Loan on 04/05/17 - REG |
| Marie | 75,000.00 | Loan on 03/21/17 - MM |
| **Total Recent Loans to MVRC** | **412,000.00** | |
| Reimbursement by Anthony | (25,000.00) | On 04/17/17 Anthony gave Marie $25,000 |
| | 387,000.00 | |

```
MVRC Leasing Corp.            Cash Disbursements (By Name)                05-03-2017
                              01-01-2017 to 05-03-2017

   V e n d o r                       Check date   Check #      Amount           10
   ----------------------------------------------------------------------------

   Marie Rizzo                        01-04-17      6263       3,300.00
   Marie Rizzo                        01-09-17      6264       3,300.00
   Marie Rizzo                        01-17-17      6265       3,300.00
   Marie Rizzo                        01-24-17      6267       3,300.00
   Marie Rizzo                        01-31-17      6270       3,300.00
   Marie Rizzo                        02-07-17      6271       3,300.00
   Marie Rizzo                        02-14-17      6272       3,300.00
   Marie Rizzo                        02-21-17      6273       3,300.00
   Marie Rizzo                        02-23-17      6276       3,300.00
   Marie Rizzo                        03-07-17      6277       3,300.00
   Marie Rizzo                        03-13-17      6279       3,300.00
   Marie Rizzo                        03-21-17      6282       3,300.00
   Marie Rizzo                        03-28-17      6283       3,300.00
   Marie Rizzo                        04-04-17      6284       3,300.00
   Marie Rizzo                        04-11-17      6288       3,300.00
   Marie Rizzo                        04-17-17      6290       3,300.00
   Marie Rizzo                        04-25-17      6296       3,300.00
   Marie Rizzo                        05-02-17      6302       3,300.00
                                                              59,400.00*
```

5/8/2017    page 1 of 1

# EXHIBIT C

# UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA
## NEW YORK CITY & VICINITY DISTRICT COUNCIL OF CARPENTERS

**Joseph A. Geiger**
Executive Secretary-Treasurer

**Stephen C. McInnis**
President

**Michael P. Cavanaugh**
Vice President



INSTITUTED AUGUST 12TH, 1881

395 Hudson Street - 9th Floor
New York, N.Y. 10014
Phone: (212) 366-7500
Fax: (212) 675-3118
www.nycdistrictcouncil.com

<u>Via Fax: 718-824-3900</u>
<u>Via Mail</u>

May 10th, 2017

RIMI WOODCRAFT CORP
1185 COMMERCE AVENUE
BRONX, NY 10462
ATTN: Anthony Rizzo, PRESIDENT

RE:     *District Council of New York City & Vicinity*
          *United Brotherhood of Carpenters and Joiners of America*

To Whom It May Concern:

We have been informed by the New York City District Council of Carpenters Benefits Funds that you have failed to satisfy the following obligations in accordance with the Agreement to which your company is bound:

**Behind in Benefits (Installers period ending 4/1/17 & Shop period ending 3/4/17)**
&
**Bounce Transactions (Installers period ending 3/4/17 & Shop period ending 2/4/17)**

This is to notify you that unless you satisfy your obligation as stated above, the NYC District Council of Carpenters will remove its members from all job sites effective May 24th, 2017 per your Collective Bargaining Agreement. Please contact the Employer Assistance Department at (212)366-7386 with any questions you may have.

Please be advised that if you are not currently employing any of our members, you must still file a report showing no work for each week ending.

Sincerely,

NYC District Council of Carpenters

cc:     Scott Trivella, Esq
        Joseph Geiger
        Matt Walker