**Fill in this information to identify the case:**

Debtor name    **Rimi Woodcraft Corp.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **17-20002**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 6, 2017**      X **/s/ Anthony Rizzo**
Signature of individual signing on behalf of debtor

**Anthony Rizzo**
Printed name

**President**
Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Rimi Woodcraft Corp.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  **17-20002**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                  12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................  $      0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.....................................................................  $      2,503,837.94

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................  $      2,503,837.94

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................  $      838,521.00

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................  $      1,561,774.09

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................  +$      2,058,733.04

4.  **Total liabilities** ...............................................................................
    Lines 2 + 3a + 3b                                                    $      4,459,028.13

**Fill in this information to identify the case:**

Debtor name    **Rimi Woodcraft Corp.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **17-20002**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

   ■ No. Go to Part 2.
   ☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | |
| --- | --- | --- | --- | --- |
| | 11a. 90 days old or less: | **1,115,316.94** - | **0.00** = .... | **$1,115,316.94** |
| | | face amount | doubtful or uncollectible accounts | |

| 12. | **Total of Part 3.** | |
| --- | --- | --- |
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | **$1,115,316.94** |

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

   ■ No. Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

7/06/17 10:08AM

| Debtor | **Rimi Woodcraft Corp.** | Case number *(If known)* **17-20002** |
|---|---|---|
| | Name | |

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** **Small Tools and Supplies** | | **$0.00** | | **$525,000.00** |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies** | | | | |

23.  **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.                                    | **$525,000.00** |

24.  **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** **Estimate** | **$0.00** | | **$25,000.00** |

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

| Debtor | **Rimi Woodcraft Corp.** | Case number *(If known)* | **17-20002** |
|---|---|---|---|
| | Name | | |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

<div align="right">$25,000.00</div>

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.    **Aircraft and accessories** | | | |
| 50.    **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>See Inventory Attached | $0.00 | | $838,521.00 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

<div align="right">$838,521.00</div>

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse, | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

7/06/17 10:08AM

| Debtor | **Rimi Woodcraft Corp.** | Case number *(If known)* | **17-20002** |
|---|---|---|---|
| | Name | | |

apartment or office building, if available.

| 55.1. | **1185 Commerce Avenue Bronx, NY 10462** | | | | |
|---|---|---|---|---|---|
| | **Through 8/31/17** | **Lease** | **$0.00** | | **$0.00** |

---

56.    **Total of Part 9.**                                                                                                          **$0.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Rimi Woodcraft Corp.**
Name

Case number *(If known)*    **17-20002**

---

**Part 12:**    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.  **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81.  **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82.  **Accounts receivable.** *Copy line 12, Part 3.* | $1,115,316.94 | |
| 83.  **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84.  **Inventory.**  *Copy line 23, Part 5.* | $525,000.00 | |
| 85.  **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86.  **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $25,000.00 | |
| 87.  **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $838,521.00 | |
| 88.  **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89.  **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90.  **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91.  **Total.** Add lines 80 through 90 for each column | $2,503,837.94 | + 91b. $0.00 |

92.  **Total of all property on Schedule A/B.** Add lines 91a+91b=92          $2,503,837.94

**Fill in this information to identify the case:**

Debtor name      **Rimi Woodcraft Corp.**

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF NEW YORK

Case number (if known)      **17-20002**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| 2.1  **See Attached**<br>Creditor's Name | Describe debtor's property that is subject to a lien | **$838,521.00** | **$150,000.00** |
| Creditor's mailing address | **Describe the lien** | | |
| | **Is the creditor an insider or related party?** | | |
| Creditor's email address, if known | ■ No<br>☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ■ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated<br>☐ Disputed | | |

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.      **$838,521.00**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    **Rimi Woodcraft Corp.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **17-20002**

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**EFTPS - U.S. Treasury**<br>**290 Broadway - Foley Square**<br>**Attn:  Natalie Cassadine**<br>**New York, NY 10007** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,077,886.75** | **$1,077,886.75** |
|  | Date or dates debt was incurred<br>**12/2014-5/13/17** | Basis for the claim:<br>**Delinquent in Paying Payroll Taxes** | | |
|  | Last 4 digits of account number **4592** | Is the claim subject to offset? | | |
|  | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**NY Dist Council of Carpenters**<br>**Attn: Luke Powers**<br>**395 Hudson Street**<br>**New York, NY 10014** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$372,932.97** | **$372,932.97** |
|  | Date or dates debt was incurred<br>**2/25/17-5/13/17** | Basis for the claim:<br>**Delinquent in paying Union - These weeks are allowed to be delinquent per Union contract** | | |
|  | Last 4 digits of account number **4592** | Is the claim subject to offset? | | |
|  | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |

| Debtor | **Rimi Woodcraft Corp.** | Case number (if known) | **17-20002** |
|---|---|---|---|
| | Name | | |

---

**2.3** | Priority creditor's name and mailing address

**NYC Corporation Counsel**
**100 Church Street, Room 5-240**
**Attn:  Tax & Bkcy Lit. Div.**
**New York, NY 10007**

As of the petition filing date, the claim is: **$0.00** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address

**NYC Dist. Cou. of Carpenters**
**Welfare Fund-Att: Lisa Jackson**
**395 Hudson Street**
**New York, NY 10014**

As of the petition filing date, the claim is: **$18,995.67** **$18,995.67**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/23/17**

Basis for the claim:
**Unpaid Benefits**

Last 4 digits of account number **4592**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address

**NYS Dept of Tax & Finance**
**Bankruptcy Special Procedures**
**P.O. Box 5300**
**Albany, NY 12205-0300**

As of the petition filing date, the claim is: **$0.00** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address

**NYS Employment Contributions**
**and Taxes**
**P.O. Box 4119**
**Binghamton, NY 13902-4119**

As of the petition filing date, the claim is: **$69,884.45** **$69,884.45**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/30/17**

Basis for the claim:
**Unpaid 1st Qtr 2017 SUI**

Last 4 digits of account number **4592**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)
■ No
☐ Yes

---

| Debtor | **Rimi Woodcraft Corp.** | Case number (if known) | **17-20002** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,454.25 | $20,454.25 |
|---|---|---|---|---|

**2.7** Priority creditor's name and mailing address
**NYS Insurance Fund**
**Accounts Receivable Dept.**
**P.O. Box 5238**
**New York, NY 10008-5238**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$20,454.25   $20,454.25

Date or dates debt was incurred
**5/21/17**

Basis for the claim:
**Unpaid Premium**

Last 4 digits of account number **4592**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8** Priority creditor's name and mailing address
**Occupational Safety and**
**Health Associates**
**14 Eastwood Blvd.**
**Centereach, NY 11720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,620.00   $1,620.00

Date or dates debt was incurred
**4/11 & 5/11/17**

Basis for the claim:
**Unpaid Invoices**

Last 4 digits of account number **4592**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9** Priority creditor's name and mailing address
**Office of the U.S. Trustee**
**Southern District of New York**
**201 Varick Street, Room 1006**
**New York, NY 10004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
**Signature Bank**
**36-36  33rd Street**
**Long Island City, NY 11106**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$88,000.00

Date(s) debt was incurred **5/23/17**
Last 4 digits of account number **4592**

Basis for the claim: **Bank Overdraft**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Rimi Woodcraft Corp.** | Case number (if known) | **17-20002** |
|---|---|---|---|
| | Name | | |

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,000.00** |

**1185 Commerce Realty LLC**
**Attn:  Rent / Simone**
**1250 Waters Place - Penthouse**
**Bronx, NY 10461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/11/17**

Basis for the claim:  **Parties have entered into an agreement to pay $27,000 for 3 months June, July, August 2017**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,917.93** |

**3-Form**
**2300 South 2300 West - Ste B**
**Salt Lake City, UT 84119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/20/16 & 11/23/16**

Basis for the claim:  **Unpaid Invoices**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$56,382.00** |

**ADF Designs Inc. (ADF P/R)**
**26 Scotchtown Collabar Rd.**
**Middletown, NY 10941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/14-5/21/17**

Basis for the claim:  **Unpaid Invoices**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,854.00** |

**ADF Designs Inc. (Innov. P/R)**
**26 Scotchtown Collabar Rd.**
**Middletown, NY 10941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/5-5/12/17**

Basis for the claim:  **Unpaid Invoices**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,229.27** |

**AFA Protective Systems**
**155 Michael Drive**
**Syosset, NY 11791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/17-5/4/17**

Basis for the claim:  **Unpaid Invoices**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,984.74** |

**Alan McIlvain Company**
**Attn:  Joshua Collins**
**P.O. Box 380 - 501 Market St**
**Marcus Hook, PA 19061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/29/17**

Basis for the claim:  **Unpaid Invoice**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,175.59** |

**Allstate Services Group LLC**
**1869 White Plains Road**
**Bronx, NY 10462-1498**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/16/15 & 5/3/17**

Basis for the claim:  **Unpaid Invoices**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Rimi Woodcraft Corp.** | | Case number (if known) | **17-20002** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,928.11 |
|---|---|---|---|

**American Express**
**Attn: US Payments FL**
**P.O. Box 1270**
**Newark, NJ 07101-1270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/12/17-5/12/17**

Basis for the claim:  **Unpaid Invoices**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**American Express**
**P.O. Box 2855**
**New York, NY 10116-2855**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/12/17**

Basis for the claim:  **Unpaid Invoice**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,461.48 |
|---|---|---|---|

**Anthony Rizzo**
**81 Rolling Way**
**New Rochelle, NY 10804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/2012-5/22/16**

Basis for the claim:  _

Last 4 digits of account number  **4592**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195,267.00 |
|---|---|---|---|

**Antoni Jakubowski**
**P.O. Box 92**
**Stroudsburg, PA 18360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/17/17-5/8/17**

Basis for the claim:  **Unpaid Invoices**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,274.62 |
|---|---|---|---|

**Apex Saw and Tool Co.**
**Attn: John**
**595 New York Ave - P.O Box 497**
**Lyndhurst, NJ 07071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/16/17-5/8/17**

Basis for the claim:  **Unpaid Invoices**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,207.48 |
|---|---|---|---|

**Ascensus**
**P.O. Box 36472**
**Newark, NJ 07188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/2-5/23/17**

Basis for the claim:  **Unpaid Deferrals**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $346.88 |
|---|---|---|---|

**AT & T Mobility**
**P.O. Box 6463**
**Carol Stream, IL 60197-6463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/20/17**

Basis for the claim:  **Unpaid Inoivce**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Rimi Woodcraft Corp.** | Case number (*if known*) | **17-20002** |
|---|---|---|---|
| | Name | | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,716.71** |
|---|---|---|---|

**Atlantic Plywood Corp.**
**Attn:  Tisha**
**P.O. Box 845433**
**Boston, MA 02284-5433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/10/17-5/15/17**

Basis for the claim:  **Unpaid Invoices**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,225.00** |
|---|---|---|---|

**Avanti Systems**
**200 Pemberwick Road**
**Greenwich, CT 06831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/22/16**

Basis for the claim:  **Unpaid Invoice**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.78** |
|---|---|---|---|

**Cablevision 013**
**P.O. Box 371378**
**Pittsburgh, PA 15250-7378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/28/17**

Basis for the claim:  **Unpaid Invoice**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$986.19** |
|---|---|---|---|

**Carr Business Systems**
**P.O. Box 28330**
**New York, NY 10087-8330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/31/17**

Basis for the claim:  **Unpaid Inovice**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,632.92** |
|---|---|---|---|

**Casa Mechanical**
**874 East 233rd Street**
**Attn: David Casa**
**Bronx, NY 10466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/16-4/2/17**

Basis for the claim:  **Unpaid Invoices**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$536.48** |
|---|---|---|---|

**Cash**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/1/17**

Basis for the claim:  **Petty Cash Replenishment**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$723.53** |
|---|---|---|---|

**Charles G. Schmidt & Co.**
**Attn: Joan**
**301 West Grand Avenue**
**Montvale, NJ 07645**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/21/17-5/9/17**

Basis for the claim:  **Unpaid Invoices**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Rimi Woodcraft Corp.** | Case number (if known) | **17-20002** |
|---|---|---|---|
| | Name | | |

---

**3.24**

**Nonpriority creditor's name and mailing address**

**Colby Direct Delivery, LLC**
**P.O. Box 0471**
**Portland, CT 06480**

Date(s) debt was incurred  **5/10/17**

Last 4 digits of account number  **4592**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Invoices**

Is the claim subject to offset? ☐ No  ☐ Yes

**$380.58**

---

**3.25**

**Nonpriority creditor's name and mailing address**

**ColorKoteCT**
**Attn: Todd Hutchinson**
**135 Ricefield Lane**
**Hauppauge, NY 11788**

Date(s) debt was incurred  **3/8/17**

Last 4 digits of account number  **4592**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Invoice**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,067.42**

---

**3.26**

**Nonpriority creditor's name and mailing address**

**Comairco Equipment, Inc.**
**3250 Union Road**
**Buffalo, NY 14227**

Date(s) debt was incurred  **5/16/17**

Last 4 digits of account number  **4592**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Invoice**

Is the claim subject to offset? ■ No  ☐ Yes

**$842.06**

---

**3.27**

**Nonpriority creditor's name and mailing address**

**Con Edison - 1823**
**P.O. Box 1702 JAF Station**
**New York, NY 10116-1702**

Date(s) debt was incurred  **4/4-5/2/17**

Last 4 digits of account number  **4592**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Invoice**

Is the claim subject to offset? ■ No  ☐ Yes

**$283.58**

---

**3.28**

**Nonpriority creditor's name and mailing address**

**Con Edison - 6185**
**P.O. Box 1701**
**New York, NY 10116-1701**

Date(s) debt was incurred  **4/4-5/2/17**

Last 4 digits of account number  **4592**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Invoice**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,329.28**

---

**3.29**

**Nonpriority creditor's name and mailing address**

**Con Edison - 6190**
**Corp. Accts. 4 Irwing PL**
**P.O. Box 1701**
**New York, NY 10116-1701**

Date(s) debt was incurred  **4/4-5/2/17**

Last 4 digits of account number  **4592**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Invoice**

Is the claim subject to offset? ■ No  ☐ Yes

**$10,873.04**

---

**3.30**

**Nonpriority creditor's name and mailing address**

**Corporate Coffee Systems**
**745 Summa Avenue**
**Westbury, NY 11590**

Date(s) debt was incurred  **4/17-5/7/17**

Last 4 digits of account number  **4592**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Invoice**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,048.65**

---

| Debtor | **Rimi Woodcraft Corp.** | | Case number (if known) | **17-20002** |
|---|---|---|---|---|
| | Name | | | |

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,679.78 |
|---|---|---|---|

**Crown Products**
**450 Nepperhan Avenue**
**Yonkers, NY 10701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/12-5/21/17**

**Basis for the claim:  Unpaid Invoices**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,471.00 |
|---|---|---|---|

**Delbello Donnellan Weingarten**
**Wise & Wiederkehr, LLP**
**One North Lexington Avenue**
**White Plains, NY 10601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/7/17**

**Basis for the claim:  Unpaid Invoice**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,511.14 |
|---|---|---|---|

**Dell Business Credit**
**Payment Processing Ctr**
**P.O. Box 5275**
**Carol Stream, IL 60197-5275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/26/16**

**Basis for the claim:  Unpaid Invoice**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,475.25 |
|---|---|---|---|

**Dinosaw**
**340 Power Ave**
**Hudson, NY 12534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/26/16**

**Basis for the claim:  Unpaid Invoice**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,391.95 |
|---|---|---|---|

**Discount Screw Corp.**
**Attn: Betty or Jay**
**245 Quaker Road - P.O. Box 234**
**Pomona, NY 10970**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/26/17-5/14/17**

**Basis for the claim:  Unpaid Invoices**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $780.91 |
|---|---|---|---|

**Dolan and Traynor Inc.**
**Attn: Carl**
**32 Riverview Drive**
**Wayne, NJ 07470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/29/17**

**Basis for the claim:  Unpaid Invoice**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,039.95 |
|---|---|---|---|

**Donald Carter**
**82 Woodcrest Dr.**
**Hopewell Junction, NY 12533**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/1/17-5/1/17**

**Basis for the claim:  Unpaid Reimbursed Expenses**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ☒ No  ☐ Yes

| Debtor | **Rimi Woodcraft Corp.** | Case number (if known) | **17-20002** |
|---|---|---|---|
| | Name | | |

---

**3.38**

**Nonpriority creditor's name and mailing address**

**Dundy Glass**
**Attn: Carolyn**
**122-52 Montauk Street**
**Springfield Gardens, NY 11413**

Date(s) debt was incurred **5/20/17**

Last 4 digits of account number **4592**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid Invoice**

Is the claim subject to offset? ■ No ☐ Yes

**$439.92**

---

**3.39**

**Nonpriority creditor's name and mailing address**

**DuraFrame**
**Attn: Glenn Stroyer**
**610 Salt Road**
**Webster, NY 14580**

Date(s) debt was incurred **4/20/17**

Last 4 digits of account number **4592**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid Invoice**

Is the claim subject to offset? ■ No ☐ Yes

**$2,153.11**

---

**3.40**

**Nonpriority creditor's name and mailing address**

**Empire Forklift, Inc.**
**P.O. Box 108**
**Bloomingburg, NY 12721**

Date(s) debt was incurred **11/15/16-5/7/17**

Last 4 digits of account number **4592**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid Invoices**

Is the claim subject to offset? ■ No ☐ Yes

**$6,792.46**

---

**3.41**

**Nonpriority creditor's name and mailing address**

**Evergreene Architectural Arts**
**450 West 31st Street - 7th FL**
**New York, NY 10001**

Date(s) debt was incurred **4/13/17**

Last 4 digits of account number **4592**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid Invoice**

Is the claim subject to offset? ■ No ☐ Yes

**$14,900.00**

---

**3.42**

**Nonpriority creditor's name and mailing address**

**Express Design & Electrical**
**P.O. Box 8428**
**Attn: Charles**
**Pelham, NY 10803**

Date(s) debt was incurred **4/14/17**

Last 4 digits of account number **4592**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid Invoice**

Is the claim subject to offset? ■ No ☐ Yes

**$6,965.70**

---

**3.43**

**Nonpriority creditor's name and mailing address**

**Fastenal Co.**
**Attn: Anthony**
**P.O. Box 978**
**Winona, MN 55987-0978**

Date(s) debt was incurred _

Last 4 digits of account number **4592**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid Invoices**

Is the claim subject to offset? ■ No ☐ Yes

**$1,488.42**

---

**3.44**

**Nonpriority creditor's name and mailing address**

**Federal Express Corp.**
**P.O. Box 371461**
**Pittsburgh, PA 15250-7461**

Date(s) debt was incurred **12/16**

Last 4 digits of account number **4592**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid Invoices**

Is the claim subject to offset? ■ No ☐ Yes

**$20,502.68**

---

| Debtor | **Rimi Woodcraft Corp.** | Case number (if known) | **17-20002** |
|---|---|---|---|
| | Name | | |

---

**3.45**

**Nonpriority creditor's name and mailing address**
**Flamex, Inc.**
**43-65 Federal Drive**
**Greensboro, NC 27410-8116**

Date(s) debt was incurred **4/29/17**

Last 4 digits of account number **4592**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid Invoice**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,911.60**

---

**3.46**

**Nonpriority creditor's name and mailing address**
**Forms & Surfaces, Inc.**
**Accts Rec - Attn Glenn Ludwig**
**P.O. Box 3625**
**Pittsburgh, PA 15230-3625**

Date(s) debt was incurred **7/16-10/16**

Last 4 digits of account number **4592**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid Invoices**

Is the claim subject to offset? ☑ No ☐ Yes

**$14,691.73**

---

**3.47**

**Nonpriority creditor's name and mailing address**
**General Reproduction Products**
**Attn Kyle - Serv. Supervisor**
**185 Route 17 North**
**Mahwah, NJ 07430**

Date(s) debt was incurred **10/16-4/20/17**

Last 4 digits of account number **4592**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid Invoices**

Is the claim subject to offset? ☑ No ☐ Yes

**$11,711.44**

---

**3.48**

**Nonpriority creditor's name and mailing address**
**Global Industrial MarketPlace**
**2505 Mill Center Pkwy - Ste 10**
**Buford, GA 30518**

Date(s) debt was incurred **4/16/17**

Last 4 digits of account number **4592**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid Invoice**

Is the claim subject to offset? ☑ No ☐ Yes

**$55.64**

---

**3.49**

**Nonpriority creditor's name and mailing address**
**Grainger**
**Attn: Kelly Haupt**
**Dept. 545 - 807193339**
**Palatine, IL 60038**

Date(s) debt was incurred **4/17-5/15/17**

Last 4 digits of account number **4592**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid Invoices**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,060.30**

---

**3.50**

**Nonpriority creditor's name and mailing address**
**GreatAmerica Financial Svcs**
**P.O. Box 660831**
**Dallas, TX 75266-0831**

Date(s) debt was incurred **4/14-5/14/17**

Last 4 digits of account number **4592**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid Invoices**

Is the claim subject to offset? ☑ No ☐ Yes

**$3,460.86**

---

**3.51**

**Nonpriority creditor's name and mailing address**
**Grzegorz Lyczko**
**43 Birchwood Dr**
**Elmwood Park, NJ 07407**

Date(s) debt was incurred **11/11/16**

Last 4 digits of account number **4592**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid Expense Reimbursement**

Is the claim subject to offset? ☑ No ☐ Yes

**$103.92**

---

| Debtor | **Rimi Woodcraft Corp.** | Case number (if known) | **17-20002** |
|---|---|---|---|
| | Name | | |

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20.28** |
|---|---|---|---|

**Hafele America Co.**
**Attn: Sharon**
P.O. Box 890779
Charlotte, NC 28289-0779

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/25/17-5/11/17**

Basis for the claim: **Unpaid Invoices**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,039.00** |
|---|---|---|---|

**Hamond Safety Mgmt**
**Att: Paul Garitan, Rich, Joann**
6800 Jericho Tpke - Ste 105W
Syosset, NY 11791

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/9/17**

Basis for the claim: **Unpaid Invoice**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,960.00** |
|---|---|---|---|

**Hard Rock Marble & Granite**
1101 Chestnut Street
Roselle, NJ 07203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/12/17**

Basis for the claim: **Unpaid Invoice**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$576.31** |
|---|---|---|---|

**Hettich America**
P.O. Box 930929
Atlanta, GA 31193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/14/17**

Basis for the claim: **Unpaid Invoice**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,098.44** |
|---|---|---|---|

**Hollow Metal Trust Fund**
**Welfare Benefit - Tier 2**
395 Hudson Street
New York, NY 10014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/8/17-4/17/17**

Basis for the claim: **Unpaid Invoices**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,309.45** |
|---|---|---|---|

**Holt & Bugbee Co.**
P.O. Box 11105
Boston, MA 02211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/29/17**

Basis for the claim: **Unpaid Invoice**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,234.49** |
|---|---|---|---|

**IC&S Distributing Co.**
P.O. Box 10845
Lancaster, PA 17605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/14/17-4/16/17**

Basis for the claim: **Unpaid Invoice**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rimi Woodcraft Corp.** | Case number (if known) | **17-20002** |
|---|---|---|---|
| | Name | | |

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,447.40** |
|---|---|---|---|

**Index-D**
**34 Norman Street**
**Bridgeport, CT 06605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/5/17**

Basis for the claim: **Unpaid Invoice**

Last 4 digits of account number **4592**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,323.01** |
|---|---|---|---|

**Industrial Finishing Products**
**Attn: Sandy**
**465 Logan Street**
**Brooklyn, NY 11208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/2/17 & 5/14/17**

Basis for the claim: **Unpaid Invoices**

Last 4 digits of account number **4592**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,892.61** |
|---|---|---|---|

**JAJ Contract Furniture Inc.**
**130 B Anderson Avenue**
**Mount Vernon, NY 10550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/28/16-4/23/17**

Basis for the claim: **Unpaid Invoices**

Last 4 digits of account number **4592**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$558.70** |
|---|---|---|---|

**Jerome Tool Repair**
**P.O. Box 1071**
**Mount Vernon, NY 10551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/9/17-5/20/17**

Basis for the claim: **Unpaid Invoices**

Last 4 digits of account number **4592**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,126.53** |
|---|---|---|---|

**Josef's Art Woodturning**
**71 Sewell Street**
**Hempstead, NY 11550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/27/17**

Basis for the claim: **Unpaid Invoice**

Last 4 digits of account number **4592**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,578.38** |
|---|---|---|---|

**Karp Associates Inc.**
**Attn: Chantale Laraque**
**260 Spagnoli Road**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/15/16**

Basis for the claim: **Unpaid Invoice**

Last 4 digits of account number **4592**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,850.00** |
|---|---|---|---|

**Kel-Mar Interiors Inc.**
**111 John Street - Ste 400**
**New York, NY 10038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/1/16**

Basis for the claim: **Unpaid Invoice**

Last 4 digits of account number **4592**

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | **Rimi Woodcraft Corp.** | | Case number *(if known)* | **17-20002** |
|---|---|---|---|---|
| | Name | | | |

---

**3.66**

**Nonpriority creditor's name and mailing address**

**Lawrence Becerra**
**19 Grove St.**
**Dobbs Ferry, NY 10522**

Date(s) debt was incurred **12/22/16**

Last 4 digits of account number **4592**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid Invoice**

Is the claim subject to offset? ■ No ☐ Yes

**$72.86**

---

**3.67**

**Nonpriority creditor's name and mailing address**

**Manhattan Shade & Glass**
**Attn: Doug**
**135 Ricefield Lane**
**Hauppauge, NY 11788**

Date(s) debt was incurred **9/2015**

Last 4 digits of account number **4592**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid Invoice**

Is the claim subject to offset? ■ No ☐ Yes

**$19,879.00**

---

**3.68**

**Nonpriority creditor's name and mailing address**

**Manufacturing W/Workers Assoc.**
**14 Madison Avenue**
**Valhalla, NY 10595-1900**

Date(s) debt was incurred **12/1/15-5/1/17**

Last 4 digits of account number **4592**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid Invoices**

Is the claim subject to offset? ■ No ☐ Yes

**$5,467.24**

---

**3.69**

**Nonpriority creditor's name and mailing address**

**Marie Rizzo**
**72 Brookfield Rd**
**Mount Vernon, NY 10552**

Date(s) debt was incurred **8/2012-12/2013**

Last 4 digits of account number **4592**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid Reimbursed Expenses**

Is the claim subject to offset? ■ No ☐ Yes

**$5,043.23**

---

**3.70**

**Nonpriority creditor's name and mailing address**

**Marjam Supply Co.**
**Attn: Stewart Kravette**
**885 Conklin St.**
**Farmingdale, NY 11735**

Date(s) debt was incurred **4/23/17**

Last 4 digits of account number **4592**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid Invoice**

Is the claim subject to offset? ■ No ☐ Yes

**$2,159.78**

---

**3.71**

**Nonpriority creditor's name and mailing address**

**McMaster - Carr Supply Co.**
**P.O. Box 7690**
**Chicago, IL 60680-7690**

Date(s) debt was incurred **2/17-4/23/17**

Last 4 digits of account number **4592**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid Invoices**

Is the claim subject to offset? ■ No ☐ Yes

**$1,745.23**

---

**3.72**

**Nonpriority creditor's name and mailing address**

**Metalworks Inc.**
**Attn: Jeff Denise**
**1303 Herschell Street**
**Bronx, NY 10461**

Date(s) debt was incurred **10/16-12/16**

Last 4 digits of account number **4592**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid Invoices**

Is the claim subject to offset? ■ No ☐ Yes

**$33,708.47**

---

| Debtor | **Rimi Woodcraft Corp.** | | Case number (if known) | **17-20002** |
|---|---|---|---|---|
| | Name | | | |

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$518.00** |
|---|---|---|---|

**Michael Schepperle**
**480 Marlboro Road**
**Old Bridge, NJ 08857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **11/2016**

**Basis for the claim:**  **Unpaid Invoices**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$70.00** |
|---|---|---|---|

**Michael Tonry**
**57 Robin Drive**
**Hauppauge, NY 11788-1104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **4/29/17**

**Basis for the claim:**  **Unpaid Invoice**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$222.87** |
|---|---|---|---|

**Modular Space Corporation**
**12603 Collections Center Dr.**
**Chicago, IL 60693-0126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **4/23/17**

**Basis for the claim:**  **Unpaid Invoice**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,300.00** |
|---|---|---|---|

**MVRC Leasing Corp.**
**1185 Commerce Avenue**
**Bronx, NY 10462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **5/1/17**

**Basis for the claim:**  **Loan Payment**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,987.00** |
|---|---|---|---|

**Nathan Allan Glass Studios**
**103-2455 Street**
**Surrey**
**British Columbia V3Z 3X1, CA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **2/17/17**

**Basis for the claim:**  **Unpaid Invoices**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,516.43** |
|---|---|---|---|

**National Casein of New Jersey**
**P.O. Box 20192**
**Chicago, IL 60620-0192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **5/12/17-5/20/17**

**Basis for the claim:**  **Unpaid Invoices**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$26,545.00** |
|---|---|---|---|

**Nomore Punch Inc.**
**741 NW 89th Terrace**
**Pembroke Pines, FL 33024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Rimi Woodcraft Corp.** | Case number (if known) | **17-20002** |
|---|---|---|---|
| | Name | | |

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,886.67** |
|---|---|---|---|

**Odd-Balls Industrial Solutions**
**Attn: John Ciacco**
**348 W 57th Street**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/2/17-5/18/17**

Basis for the claim:  **Unpaid Invoices**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,604.09** |
|---|---|---|---|

**Panther Premium Logistics**
**Attn: Revenue Accounting**
**P.O. Box 10048**
**Fort Smith, AR 72917-0048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/11/17**

Basis for the claim:  **Unpaid Invoice**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,213.65** |
|---|---|---|---|

**PLM / ILM Insurance Companies**
**P.O. Box 826558**
**Philadelphia, PA 19182-6558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/11/17**

Basis for the claim:  **Unpaid Invoice**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$697.07** |
|---|---|---|---|

**Quill Corporation**
**P.O. Box 37600**
**Philadelphia, PA 19101-0600**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/12-5/6/17**

Basis for the claim:  **Unpaid Invoices**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28,446.41** |
|---|---|---|---|

**Rex Lumber Company**
**Attn:  Michael Abreu**
**P.O. Box 845425**
**Boston, MA 02284-5425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/21/16-2/8/17**

Basis for the claim:  **Unpaid Invoices**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,265.00** |
|---|---|---|---|

**Rimi Corporate Facilities**
**Refurbishing Ltd.**
**1185 Commerce Avenue**
**Bronx, NY 10462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/4-5/11/17**

Basis for the claim:  **Unpaid Invoices**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,222.00** |
|---|---|---|---|

**RK Doors Inc.**
**71 Adesso Drive**
**Vaughan**
**Ontario L4K 3C7, CA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/30/17**

Basis for the claim:  **Unpaid Invoices**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rimi Woodcraft Corp.** | Case number (if known) | **17-20002** |
|---|---|---|---|
| | Name | | |

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,496.23**

**Roberts Plywood Co.**
**45 N. Industry Court**
**Deer Park, NY 11729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/2/17-5/2/17**

Basis for the claim:  **Unpaid Invoices**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$162.80**

**Ron Marx**
**10 New England Rd.**
**Maplewood, NJ 07040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/16-4/17**

Basis for the claim:  **Unpaid Reimbursed Expenses**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,561.18**

**RS Hughes**
**100 E. Tec Street - Unit E**
**Hicksville, NY 11801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/3/17-5/17/17**

Basis for the claim:  **Unpaid Invoices**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,063.85**

**Rugby ABP Corp.**
**Attn: Susanne**
**Lockbox 785742**
**Philadelphia, PA 19178-5742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/5/17-5/15/17**

Basis for the claim:  **Unpaid Invoices**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75.00**

**Ryan Rivera**
**11 Robins Crescent**
**New Rochelle, NY 10801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/16**

Basis for the claim:  **Unpaid Reimbursed Expenses**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,366.42**

**S. A. Bendheim Ltd.**
**61 Willett Street**
**Passaic, NJ 07055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/18/17**

Basis for the claim:  **Unpaid Invoice**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,413.99**

**Schildwachter & Sons Inc.**
**Attn: Bill**
**1400 Ferris Place**
**Bronx, NY 10461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/8/17-5/8/17**

Basis for the claim:  **Unpaid Invoices**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rimi Woodcraft Corp.** | Case number (if known) | **17-20002** |
|---|---|---|---|
| | Name | | |

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $361.63 |
|---|---|---|---|

**Schweitzer & Crosson**
**460 Caredean Drive**
**Horsham, PA 19044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/26/17**

Basis for the claim:  **Unpaid Invoices**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,869.00 |
|---|---|---|---|

**Seyfarth Shaw LLP**
**3807 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/14**

Basis for the claim:  **Unpaid Invoice**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,182.56 |
|---|---|---|---|

**Shell Paper & Cordage Co. Inc.**
**Attn: Marc**
**60-20  59th Street**
**Maspeth, NY 11378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/25-4/21/17**

Basis for the claim:  **Unpaid Invoices**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88,000.00 |
|---|---|---|---|

**Signature Bank**
**36-36  33rd Street**
**Long Island City, NY 11106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/2/17**

Basis for the claim:  **Overdraftr Bank Account**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,711.92 |
|---|---|---|---|

**Stair USA Inc.**
**Attn: Willie**
**59-17  56th Ave.**
**Maspeth, NY 11378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/9/15 & 4/8/16**

Basis for the claim:  **Unpaid Invoices**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $302,098.52 |
|---|---|---|---|

**Stanless Metals Inc.**
**Attn:  Dan**
**60-01  31st Ave.**
**Woodside, NY 11377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/1/16-5/16/17**

Basis for the claim:  **Unpaid Invoices**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,450.00 |
|---|---|---|---|

**Stefan Prusinowski**
**59-75  57th Drive**
**Maspeth, NY 11378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/27/17**

Basis for the claim:  **Unpaid Invoices**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Rimi Woodcraft Corp.** | Case number (if known) | **17-20002** |
|---|---|---|---|
| | Name | | |

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$36,912.60** |
|---|---|---|---|

**Supa Door's Inc.**
**Attn:  Jacob Kuger**
**1732 Universal City Blvd.**
**Universal City, TX 78148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/15/16-9/28/16**

**Basis for the claim:  Unpaid Invoices**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,386.50** |
|---|---|---|---|

**Susquehanna Commercial Finance**
**P.O. Box 896534**
**Charlotte, NC 28289-6534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/7/17-5/1/17**

**Basis for the claim:  Unpaid Invoices**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$891.00** |
|---|---|---|---|

**Terminal Auto Body**
**& Collision Shop**
**1400 Commerce Avenue**
**Bronx, NY 10461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/1/17**

**Basis for the claim:  Unpaid Invoice**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$595.05** |
|---|---|---|---|

**Torrington Brush Works**
**4377 Independence Court**
**Sarasota, FL 34234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/23/17**

**Basis for the claim:  Unpaid Invoice**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$321.25** |
|---|---|---|---|

**Trade Supply Group**
**51-17  35th Street**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/1/17**

**Basis for the claim:  Unpaid Invoice**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,629.05** |
|---|---|---|---|

**Trademark Hardware**
**Attn: Rachel Rosenberg**
**148 Horton Drive - Ste B**
**Monsey, NY 10952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2/17**

**Basis for the claim:  Unpaid Invoice**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,773.24** |
|---|---|---|---|

**Tradesmen International**
**Lockbox 774478**
**P.O. Box 932858**
**Cleveland, OH 44193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/16-10/16**

**Basis for the claim:  Unpaid Invoices**

Last 4 digits of account number  **4592**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Rimi Woodcraft Corp.** | | Case number *(if known)* | **17-20002** |
|---|---|---|---|---|
| | Name | | | |

---

**3.108**

**Nonpriority creditor's name and mailing address**

**Travelers Insurance**
**CL & Specialty Remittance Cntr**
**P.O. Box 660317**
**Dallas, TX 75266-0317**

Date(s) debt was incurred  **4/9/17**

Last 4 digits of account number  **4592**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Invoice**

Is the claim subject to offset? ■ No ☐ Yes

**$3,752.90**

---

**3.109**

**Nonpriority creditor's name and mailing address**

**TriTech Mechanical, LLC**
**225 Greenwich Avenue**
**Stamford, CT 06902**

Date(s) debt was incurred  **3/5/17**

Last 4 digits of account number  **4592**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Invoice**

Is the claim subject to offset? ■ No ☐ Yes

**$148.89**

---

**3.110**

**Nonpriority creditor's name and mailing address**

**Tulnoy Lumber, Inc.**
**1620 Webster Avenue**
**Bronx, NY 10457**

Date(s) debt was incurred  **12/16-3/9/17**

Last 4 digits of account number  **4592**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Invoices**

Is the claim subject to offset? ■ No ☐ Yes

**$6,273.33**

---

**3.111**

**Nonpriority creditor's name and mailing address**

**U.S. Bank**
**U.S. Bank Lockbox #790408**
**P.O. Box 790408**
**Saint Louis, MO 63179-0408**

Date(s) debt was incurred  **1/6/17-4/3/17**

Last 4 digits of account number  **4592**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Invoices**

Is the claim subject to offset? ■ No ☐ Yes

**$37,689.09**

---

**3.112**

**Nonpriority creditor's name and mailing address**

**Uline Shipping Supply**
**P.O. Box 88741**
**FED EX 11092972 2**
**Chicago, IL 60680-1741**

Date(s) debt was incurred  **3/26/17-4/22/17**

Last 4 digits of account number  **4592**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Invoices**

Is the claim subject to offset? ■ No ☐ Yes

**$1,401.78**

---

**3.113**

**Nonpriority creditor's name and mailing address**

**Uneeda Enterprises Inc.**
**640 Chestnut Ridge Road**
**P.O. Box 209**
**Spring Valley, NY 10977**

Date(s) debt was incurred  **3/30/17**

Last 4 digits of account number  **4592**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Invoice**

Is the claim subject to offset? ■ No ☐ Yes

**$1,065.94**

---

**3.114**

**Nonpriority creditor's name and mailing address**

**United Iron Inc.**
**6 Roslyn Place**
**Mount Vernon, NY 10550**

Date(s) debt was incurred  **12/16-5/21/17**

Last 4 digits of account number  **4592**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Invoices**

Is the claim subject to offset? ■ No ☐ Yes

**$295,689.80**

---

| Debtor | **Rimi Woodcraft Corp.** | Case number (if known) | **17-20002** |
|---|---|---|---|
| | Name | | |

---

**3.115** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$785.67**

**United Parcel Service**
**Attn: Robin - Billing Direct**
**P.O. Box 7247-0244**
**Philadelphia, PA 19170-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/11/17-4/22/17**

**Basis for the claim:** **Unpaid Invoices**

Last 4 digits of account number **4592**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**USI Insurance Services LLC**
**Attn: Frank Abbatiello, Laurie**
**P.O. Box 62939**
**Virginia Beach, VA 23466**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **_**

**Basis for the claim:** **_**

Last 4 digits of account number **4592**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,010.30**

**Val Glass & Mirror**
**Attn: Rob Mink**
**108 N.E. 1st Ave**
**Hallandale Beach, FL 33009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/1/17**

**Basis for the claim:** **Unpaid Invoice**

Last 4 digits of account number **4592**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,117.64**

**Van Alstine and Sons Inc.**
**Attn: Matthew Buckley**
**18 New Courtland St.**
**Cohoes, NY 12047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/7/17-4/28/17**

**Basis for the claim:** **Unpaid Invoices**

Last 4 digits of account number **4592**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,647.83**

**Veneer Products Ltd.**
**1185 Commerce Avenue**
**Bronx, NY 10462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/28/17-5/15/17**

**Basis for the claim:** **Unpaid Invoices**

Last 4 digits of account number **4592**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,988.93**

**Verizon 218**
**P.O. Box 15124**
**Albany, NY 12212-5124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/20/17**

**Basis for the claim:** **Unpaid Invoice**

Last 4 digits of account number **4592**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,624.28**

**Verizon Wireless 334**
**P.O. Box 408**
**Newark, NJ 07101-0408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/15/17**

**Basis for the claim:** **Unpaid Invoices**

Last 4 digits of account number **4592**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rimi Woodcraft Corp.** | | Case number (if known) | **17-20002** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20,544.79** |
|---|---|---|---|

**Wells Fargo Financial - GE**
P.O. Box 70241
Philadelphia, PA 19178-0241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/25/17-4/27/17

**Basis for the claim:**  Unpaid Invoices

Last 4 digits of account number  4592

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,029.58** |
|---|---|---|---|

**Widom Associates**
167 Asharoken Avenue
Northport, NY 11768

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/3/17-4/9/17

**Basis for the claim:**  Unpaid Invoices

Last 4 digits of account number  4592

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,383.25** |
|---|---|---|---|

**Witmer Wood Products**
540 N Industrial Park Road
Berlin, WI 54923

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/28/17-5/9/17

**Basis for the claim:**  Unpaid Invoices

Last 4 digits of account number  4592

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$192,017.85** |
|---|---|---|---|

**WoodPro 2 Installers, Inc.**
Attn:  Denis Dillon
3182 Route 9 - Suite 201
Cold Spring, NY 10516

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/2016-2/18/17

**Basis for the claim:**  Unpaid Invoices

Last 4 digits of account number  4592

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$48,342.20** |
|---|---|---|---|

**WRS Design**
Attn:  Wojcech Wolinski
U1. Zgierska 5
Piatek, PL 00099-0120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/2016-6/2016

**Basis for the claim:**  Unpaid Invoices

Last 4 digits of account number  4592

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$499.52** |
|---|---|---|---|

**Wurth Baer Supply Co.**
Attn:  Carol
909 Forest Edge Dr.
Vernon Hills, IL 60061

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/7/17-4/27/17

**Basis for the claim:**  Unpaid Invoices

Last 4 digits of account number  4592

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| Debtor | **Rimi Woodcraft Corp.** | | Case number (if known) | **17-20002** |
|---|---|---|---|---|
| | Name | | | |

| | | Total of claim amounts | |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 1,561,774.09 |
| **5b. Total claims from Part 2** | 5b. + | $ | 2,058,733.04 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ | 3,620,507.13 |

**Fill in this information to identify the case:**

Debtor name      **Rimi Woodcraft Corp.**

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF NEW YORK

Case number (if known)      **17-20002**

☐ Check if this is an
   amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*        *Property*
      (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **See Attached** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **See Attached** |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **See Attached** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Rimi Woodcraft Corp.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | **17-20002** |

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Anthony Rizzo** | **81 Rolling Way**<br>**New Rochelle, NY 10804** | **See Attached** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

| Fill in this information to identify the case: |
| --- |
| Debtor name  **Rimi Woodcraft Corp.** |
| United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known)  **17-20002** |

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$6,156,833.00** |
   | **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$30,087,198.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   | --- | --- | --- | --- |
   | 3.1.    **See Attached** | | **$3,914,703.87** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | **Rimi Woodcraft Corp.** | Case number *(if known)* | **17-20002** |
|---|---|---|---|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See Attached** | | **$464,799.68** | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** **Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**Part 4:** **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:** **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

Debtor    **Rimi Woodcraft Corp.**                                                      Case number *(if known)*    **17-20002**

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Rattet PLLC**<br>**202 Mamaroneck Avenue**<br>**Suite 300**<br>**White Plains, NY 10601** | **$50,000 Retainer plus $5,000 Expenses** | **5/22/17** | **$55,000.00** |
| | Email or website address<br>**rrattet@rattetlaw.com** | | | |
| | Who made the payment, if not debtor?<br>**Marie Rizzo** | | | |
| 11.2. | **Carl D. Preiser, C.P.A.**<br>**2535 Horace Court**<br>**Bellmore, NY 11710** | **$45,000 Retainer** | **5/22/17** | **$45,000.00** |
| | Email or website address<br>**cpreiser29@gmail.com** | | | |
| | Who made the payment, if not debtor?<br>**Marie Rizzo** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**

| Debtor | **Rimi Woodcraft Corp.** | Case number *(if known)* | **17-20002** |
|---|---|---|---|

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

### Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **401K** | EIN: |

Has the plan been terminated?
■ No
☐ Yes

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    **Rimi Woodcraft Corp.**                                        Case number *(if known)*  **17-20002**

---

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| **Part 12:** | **Details About Environment Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Rimi Woodcraft Corp.** | Case number *(if known)* | **17-20002** |

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.    **Yes - See Attached** | | EIN:<br><br>From-To |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Yes - See Attached** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.    **Debtor** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the<br>inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
|---|---|---|
| | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any<br>interest | % of interest, if<br>any |
|---|---|---|---|
| **Marie Rizzo** | **72 Brookfield Road<br>Mount Vernon, NY 10552** | | |

Debtor    **Rimi Woodcraft Corp.**                                    Case number *(if known)*  **17-20002**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Anthony Rizzo | 81 Rolling Way<br>New Rochelle, NY 10804 | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Anthony Rizzo**<br>**81 Rolling Way**<br>**New Rochelle, NY 10804** | See Attached | | |
| | Relationship to debtor | | | |
| 30.2. | **Anthony Rizzo**<br>**81 Rolling Way**<br>**New Rochelle, NY 10804** | See Attached | | |
| | Relationship to debtor | | | |
| 30.3. | **MVRC Leasing Corp.**<br>**1185 Commerce Avenue**<br>**Bronx, NY 10462** | See Attached | | |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

Debtor    **Rimi Woodcraft Corp.**                                    Case number *(if known)*    **17-20002**

---

**Part 14:**    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July  6, 2017**

**/s/ Anthony Rizzo**                                    **Anthony Rizzo**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

---

*CASE # 17-2 2002*

RIMI Woodcraft Corp.

Aging As of Date  05-23-2017
Aging Basis  Invoice date
Unpaid Only?  Yes
Job #

**101  ADP Designs Inc**
(843)692-4472

| ID | Date | Amount | Current Column Over 30 | Column Over 60 | Column Over 90 | Column Over 120 | Retainage |
|---|---|---|---|---|---|---|---|
| Invoice 13500 | | | | | | | |
| Csn rep=White | 05-05-2017 | 5,134.37 | 5,134.37 | | | | |
| Csn rep=White | 05-15-2017 | 190.49- | 190.49- | | | | |
| Csn rep=White | 05-23-2017 | 1,303.17- | 1,303.17- | | | | |
| Invoice 13501 | | | | | | | |
| Invoice 13502 | 05-05-2017 | 2,249.24 | 2,249.24 | | | | |
| Invoice 13502 | 05-05-2017 | 1,384.44 | 1,384.44 | | | | |
| Invoice 13503 | 05-05-2017 | 4,933.50 | 4,933.50 | | | | |
| Invoice 13513 | 05-12-2017 | 1,240.71 | 1,240.71 | | | | |
| Invoice 13514 | 05-12-2017 | 70,938.02 | 70,938.02 | | | | |
| Invoice 13515 | 05-12-2017 | 870.39 | 870.39 | | | | |
| Invoice 13516 | 05-12-2017 | 176.88 | 176.88 | | | | |
| Invoice 13517 | 05-12-2017 | 57,737.67 | 57,737.67 | | | | |
| Invoice 13518 | 05-12-2017 | 1,160.01 | 1,160.01 | | | | |
| Invoice 13519 | 05-12-2017 | 3,224.00 | 3,224.00 | | | | |
| Invoice 13520 | 05-12-2017 | 5,792.80 | 5,792.80 | | | | |
| Invoice 13521 | 05-12-2017 | 14,586.30 | 14,586.30 | | | | |
| Invoice 13522 | 05-12-2017 | 7,373.98 | 7,373.98 | | | | |
| Invoice 13523 | 05-12-2017 | 8,184.74 | 8,184.74 | | | | |
| Invoice 13524 | 05-12-2017 | 4,118.03 | 4,118.03 | | | | |
| Invoice 13525 | 05-12-2017 | 482.30 | 482.30 | | | | |
| Invoice 13529 | 05-19-2017 | 435.12 | 435.12 | | | | |
| Invoice 13530 | 05-19-2017 | 69,135.36 | 69,135.36 | | | | |
| Invoice 13531 | 05-19-2017 | 19,893.86 | 19,893.86 | | | | |
| Invoice 13532 | 05-19-2017 | 120,043.40 | 120,043.40 | | | | |
| Invoice 13533 | 05-19-2017 | 1,934.56 | 1,934.56 | | | | |
| Invoice 13534 | 05-19-2017 | 249.60 | 249.60 | | | | |
| Invoice 13536 | 05-19-2017 | 5,345.60 | 5,345.60 | | | | |
| Invoice 13536 | 05-19-2017 | 6,160.52 | 6,160.52 | | | | |
| Invoice 13537 | 05-19-2017 | 3,144.59 | 3,144.59 | | | | |
| Invoice 13538 | 05-19-2017 | 4,969.90 | 4,969.90 | | | | |
| Invoice 13539 | 05-19-2017 | 1,237.60 | 1,237.60 | | | | |
| Invoice 13540 | 05-19-2017 | 1,822.60 | 1,822.60 | | | | |
| Invoice 13541 | 05-19-2017 | 42,297.45 | 42,297.45 | | | | |
| Invoice 13577 | 05-19-2017 | 1,675.83- | 1,675.83- | | | | |
| Invoice 13578 | 05-19-2017 | 140,073.38- | 140,073.38- | | | | |
| Invoice 13579 | | 870.39- | 870.39- | | | | |
| Invoice 13580 | 05-19-2017 | 20,070.74- | 20,070.74- | | | | |
| Invoice 13581 | 05-19-2017 | 70,781.07- | 70,781.07- | | | | |
| Invoice 13582 | 05-19-2017 | 3,094.57- | 3,094.57- | | | | |
| Invoice 13583 | 05-19-2017 | 3,473.60- | 3,473.60- | | | | |
| Invoice 13584 | 05-19-2017 | 11,138.40- | 11,138.40- | | | | |
| Invoice 13585 | 05-19-2017 | 24,383.53- | 24,383.53- | | | | |
| Invoice 13586 | 05-19-2017 | 12,767.01- | 12,767.01- | | | | |
| Invoice 13587 | 05-19-2017 | 14,539.08- | 14,539.08- | | | | |
| Invoice 13588 | 05-19-2017 | 10,289.13- | 10,289.13- | | | | |
| Invoice 13589 | 05-19-2017 | 2,304.90- | 2,304.90- | | | | |
| Invoice 13590 | 05-19-2017 | 42,297.45- | 42,297.45- | | | | |
| Invoice 13592 | 05-19-2017 | 357,759.88 | 357,759.88 | | | | |
| Invoice 13593 | 05-19-2017 | 357,759.88- | 357,759.88- | | | | |

RIHL Woodcraft Corp.                                                                 Page 2

**Accounts Receivable A G I N G**

USFA l7-20002  06-17-2017

Aging As of Date  05-23-2017
Invoice date  Aging Basis
Unpaid Only?  Yes

| ID | Date | Amount | Current | Column Over 30 | Column Over 60 | Column Over 90 | Column Over 120 | Retainage |
|---|---|---|---|---|---|---|---|---|
| **101 ADP Designs Inc** Job # | | | | | | | (845)692-4472 | |
| Invoice 13594 | 05-19-2017 | 1,675.83 | 1,675.83 | | | | | |
| Invoice 13595 | 05-19-2017 | 140,073.38 | 140,073.38 | | | | | |
| Invoice 13596 | 05-19-2017 | 870.39 | 870.39 | | | | | |
| Invoice 13597 | 05-19-2017 | 20,070.74 | 20,070.74 | | | | | |
| Invoice 13599 | 05-19-2017 | 3,094.57 | 3,094.57 | | | | | |
| Invoice 13600 | 05-19-2017 | 3,473.60 | 3,473.60 | | | | | |
| Invoice 13601 | 05-19-2017 | 11,138.40 | 11,138.40 | | | | | |
| Invoice 13602 | 05-19-2017 | 24,383.53 | 24,383.53 | | | | | |
| Invoice 13603 | 05-19-2017 | 12,767.81 | 12,767.81 | | | | | |
| Invoice 13604 | 05-19-2017 | 14,539.08 | 14,539.08 | | | | | |
| Invoice 13605 | 05-19-2017 | 10,289.13 | 10,289.13 | | | | | |
| Invoice 13606 | 05-19-2017 | 2,306.90 | 2,306.90 | | | | | |
| Invoice 13607 | 05-19-2017 | 42,297.45 | 42,297.45 | | | | | |
| Invoice 13608 | 05-19-2017 | 70,781.07 | 70,781.07 | | | | | |
| Invoice 13611 | 05-23-2017 | 107,000.00 | 107,000.00 | | | | | |
| Customer Total | | 357,759.88 | 357,759.88 | .00 | .00 | .00 | .00 | |
| Invoice 12796 | 06-06-2016 | 1,050.00 | | | | | 1,050.00 | |
| Invoice 13566 | 05-01-2017 | 1,050.00- | 1,050.00- | | | | | |
| Customer Total | | .00 | | | | | | |
| Invoice 11945 | 05-12-2015 | 5,297.00 | | | | | 5,297.00 | |
| Cash recp 104 | 04-29-2016 | 21,796.00- | | | | | 21,796.00- | |
| Invoice 12469 | 04-28-2017 | 5,498.00- | 5,498.00- | | | | | |
| Invoice 12535 | 02-29-2016 | 31,786.00 | | | | | 31,786.00 | |
| Invoice 12604 | 03-31-2016 | 12,600.00 | | | | | 12,600.00 | |
| Invoice 12700 | 04-29-2016 | 12,000.00- | | | | | 12,000.00- | |
| Invoice 12776 | 05-31-2016 | 4,761.00 | | | | | 4,761.00 | |
| Invoice 13294 | 01-31-2017 | 600.00 | | | | 600.00 | | |
| Invoice 13567 | 05-01-2017 | 53,445.00- | 53,445.00- | | | | | |
| Invoice 13568 | 05-01-2017 | 5,297.00- | 5,297.00- | | | | | |
| Invoice 13569 | 05-01-2017 | 600.00- | 600.00- | | | | | |
| Customer Total | | | | | | | | |
| **110 Cravath, Swaine & Moore** | | | | | | | (212)474-1000 | |
| Invoice 12879 | 07-12-2016 | 1,118.09 | | | | | 1,118.09 | |
| Invoice 13253 | 01-17-2017 | 1,859.72 | | | | | 1,859.72 | |
| Invoice 13296 | 01-19-2017 | 2,106.69 | | | | | 2,106.69 | |
| Invoice 13365 | 03-10-2017 | 1,859.72 | | | 1,859.72 | | | |
| Invoice 13572 | 05-01-2017 | 1,118.09- | 1,118.09- | | | | | |
| Customer Total | | 5,826.13 | 1,118.09- | .00 | 1,859.72 | .00 | 5,084.50 | |
| **120 RIHL Corp Facilities Refabbing** | | | | | | | (718)824-0055 | |
| Invoice 12189 | 10-01-2015 | 100,000.00 | | | | | 100,000.00 | |
| Invoice 13015 | 09-09-2016 | 70,000.00 | | | | | 70,000.00 | |
| Customer Total | | 170,000.00 | .00 | .00 | .00 | .00 | 170,000.00 | |
| Invoice 12088 | 08-07-2015 | 36,139.82 | | | | | 36,139.82 | |
| Cash recp 38286 | 10-13-2015 | 33,255.00- | | | | | 33,255.00- | |
| Invoice 13573 | 05-01-2017 | 2,884.82- | 2,884.82- | | | | | |
| Customer Total | | | | | | | | |
| Not Used | 12-09-2009 | 50,680.00 | | | | | 50,680.00 | |
| Cash recp 442467 | 12-09-2009 | 25,340.00- | | | | | 25,340.00- | |
| Not Used | 12-09-2009 | 46,155.00- | | | | | 46,155.00- | |
| Cash recp 442467 | 12-09-2009 | 20,815.00 | | | | | 20,815.00 | |

RIMI Woodcraft Corp.
Aging As of Date  05-23-2017
Invoice Basis
Unpaid Only?  Yes

## Accounts Receivable A G I N G

Job 4

| ID | Date | Amount | Current | Over 30 Column | Over 60 Column | Over 90 Column | Over 120 Column | Retainage |
|---|---|---|---|---|---|---|---|---|
| Invoice 12568 | 09-18-2015 | 16,058.00- | | | | | 16,058.00- | |
| Invoice 13574 | 05-01-2017 | 16,058.00 | 16,058.00 | | | | | |
| **Customer Total** | | .00 | 16,058.00 | | | | 16,058.00- | |
| **128 Turner Construction** | | | | | | | | |
| Invoice 3866 Turner Construction | | | | | | | | (212)229-6000 |
| Csh recp #14247279 | 10-18-2004 | 1,833.00- | | | | | 1,833.00- | |
| Not Used | 10-18-2004 | 1,938.00 | | | | | 1,938.00 | |
| Not Used | 10-18-2004 | 105.00- | | | | | 105.00- | |
| Invoice 11690 | 11-12-2014 | 15,528.00 | | | | | 15,528.00 | |
| Invoice 13068 | 09-26-2016 | 6,275.00 | | | | | 6,275.00 | |
| Invoice 13291 | 03-31-2017 | 625.00- | | | | 625.00- | | |
| Csh recp #32104 | 03-31-2017 | 62.50- | | | | 62.50- | | |
| Invoice 13292 | 01-31-2017 | 25,200.00 | | | | 25,200.00 | | |
| Invoice 13425 | 04-10-2017 | 218,499.71 | | 218,499.71 | | | | |
| Invoice 13480 | 04-28-2017 | 25,000.00 | 25,000.00 | | | | | |
| Invoice 13481 | 04-28-2017 | 50,000.00 | 50,000.00 | | | | | |
| Invoice 13489 | 04-28-2017 | 41,987.70 | 41,987.70 | | | | | |
| Invoice 13575 | 05-01-2017 | 15,528.00- | 15,528.00- | | | | | |
| **Customer Total** | | 367,824.91 | 101,459.71 | 218,499.71 | .00 | 25,762.50 | 21,803.00 | 74,636.48- |
| **244 Mr & Mrs Lawrence Friedland** | | | | | | | | |
| Invoice 13466 | 04-28-2017 | 98,213.00 | 98,213.00 | | | | | |
| **Customer Total** | | 98,213.00 | 98,213.00 | .00 | .00 | .00 | .00 | |
| **296 Taconic Builders** | | | | | | | | |
| Invoice 13508 | 05-09-2017 | 4,746.05 | 4,746.05 | | | | | (212)923-7811 |
| Invoice 13526 | 05-12-2017 | 679.95 | 679.95 | | | | | |
| **Customer Total** | | 5,426.00 | 5,426.00 | .00 | .00 | .00 | .00 | |
| **302 Blackstone Group** | | | | | | | | |
| Invoice 11210 | 01-14-2014 | 2,921.44 | | | | | 2,921.44 | |
| Invoice 11663 | 10-27-2014 | 904.96 | | | | | 904.96 | |
| Csh recp #5168 | 11-05-2014 | 831.19- | | | | | 831.19- | |
| Invoice 11747 | 12-18-2014 | 1,215.83 | | | | | 1,215.83 | |
| Invoice 11749 | 12-19-2014 | 320.64 | | | | | 320.64 | |
| Invoice 11750 | 12-19-2014 | 1,593.90 | | | | | 1,593.90 | |
| Invoice 13428 | 04-12-2017 | 8,746.10 | | 8,746.10 | | | | |
| Csh recp #43510 | 04-25-2017 | 8,033.16- | | 8,033.16- | | | | |
| Invoice 13486 | 04-28-2017 | 9,873.39 | 9,873.39 | | | | | |
| Invoice 13570 | 05-01-2017 | 2,921.44- | 2,921.44- | | | | | |
| Invoice 13571 | 05-01-2017 | 3,204.14- | 3,204.14- | | | | | |
| **Customer Total** | | 10,886.33 | 3,747.81 | 712.94 | .00 | .00 | 6,125.58 | |
| **308 Ingrao Inc** | | | | | | | | |
| Invoice 12798 | 06-06-2016 | 32,961.91 | | | | | 32,961.91 | |
| **322 JRM Construction Management** | | | | | | | | (212)545-0500 |
| Invoice 11781 | 01-21-2015 | 150,000.00 | | | | | 150,000.00 | |
| Invoice 11803 | 02-12-2015 | 30,000.00 | | | | | 30,000.00 | |
| Invoice 11845 | 03-13-2015 | 45,000.00 | | | | | 45,000.00 | |
| Invoice 11889 | 04-13-2015 | 15,000.00 | | | | | 15,000.00 | |
| Invoice 11941 | 05-13-2015 | 15,000.00 | | | | | 15,000.00 | |
| Invoice 13460 | 04-26-2017 | 22,438.00 | 22,438.00 | | | | | |
| Invoice 13461 | 04-26-2017 | 9,715.00 | 9,715.00 | | | | | |
| | | 287,153.00 | | | | | 255,000.00 | |
| **408 Dolphin Construction** | | | | | | | | (914)674-4091 |
| Invoice 13459 | 04-25-2017 | 14,823.00 | 14,823.00 | | | | | |
| **Customer Total** | | 14,823.00 | 14,823.00 | .00 | .00 | .00 | .00 | 1,647.00- |

*[handwritten box: $255,000.00 → (with arrow pointing to the bracketed 2015 invoices)]*

*[handwritten signature at bottom: "Close #1, 1-7-.. ..."]*

Page 3
06-17-2017

**RIMI Woodcraft Corp.** — **Accounts Receivable A G I N G** — 06-17-2017 — Page 4

CASE# 17-80002

Aging As of Date 05-23-2017
Aging Basis Invoice date
Unpaid Only? Yes

| Job # | ID / Date | Amount | Current Column | Over 30 Column | Over 60 Column | Over 90 Column | Over 120 Column | Retainage |
|---|---|---|---|---|---|---|---|---|
| 410 High Line Construction Group | | | (212)982-2012 | | | | | |
| Invoice 13196 | 12-15-2016 | 4,621.60 | | | | | 4,621.60 | |
| Csh recp 2886 | 02-17-2017 | 1,819.46- | | | | | 1,819.46- | |
| Invoice 13306 | 02-14-2017 | 924.32 | | | | 924.32 | | |
| Invoice 13307 | 02-14-2017 | 3,188.20 | | | | 3,188.20 | | |
| Invoice 13308 | 02-14-2017 | 6,245.20 | | | | 6,245.20 | | |
| Invoice 13427 | 04-11-2017 | 2,772.96 | | 2,772.96 | | | | |
| Invoice 13487 | 04-28-2017 | 5,776.81 | 5,776.81 | | | | | |
| Invoice 13490 | 04-28-2017 | 9,577.23 | 9,577.23 | | | | | |
| Invoice 13488 | 04-28-2017 | 2,772.96 | 2,772.96 | | | | | |
| Invoice 13491 | 04-28-2017 | 6,139.19 | 6,139.19 | | | | | |
| Invoice 13493 | 04-28-2017 | 1,848.64 | 1,848.64 | | | | | |
| Invoice 13492 | 04-28-2017 | 21,785.65 | 21,785.65 | | | | | |
| Invoice 13506 | 05-09-2017 | 12,185.70 | 12,185.70 | | | | | |
| Invoice 13507 | 05-09-2017 | 1,576.60 | 1,576.60 | | | | | |
| Invoice 13528 | 05-16-2017 | 6,245.20 | 6,245.20 | | | | | |
| | **Customer Total** | **83,840.80** | **67,907.98** | **2,772.96** | **.00** | **10,357.72** | **2,802.14** | |
| 420 Fiocchi Group LLC | | | (917)330-3727 | | | | | |
| Invoice 11338 | 03-31-2014 | 166,442.66 | | | | | 166,442.66 | |
| Csh recp 855FT03 | 12-11-2014 | 79,723.72- | ← $86,718.94 * | | | | 79,723.72- | |
| Invoice 13443 | 04-20-2017 | 21,502.81 | | 21,502.81 | | | | |
| Invoice 13444 | 04-20-2017 | 1,646.46 | | 1,646.46 | | | | |
| | **Customer Total** | **109,868.21** | **.00** | **23,149.27** | **.00** | **.00** | **86,718.94** | |
| 422 Nomura Securites International | | | (212)667-1637 | | | | | |
| Invoice 13509 | 05-09-2017 | 5,608.11 | 5,608.11 | | | | | |
| | | **5,608.11** | **5,608.11** | **.00** | **.00** | **.00** | **.00** | |
| 439 ADF Designs - RWC | | | | | | | | |
| Invoice 12411 | 12-30-2015 | 278,127.15 | | | | | 278,127.15 | |
| | **Customer Total** | **278,127.15** | **.00** | **.00** | **.00** | **.00** | **278,127.15** | |
| 446 S. Donadic, Inc. | | | | | | | | |
| | | **.00** | **.00** | **.00** | **.00** | **.00** | **.00** | **19,181.13-** |
| 447 J.F. Roesemann Builders, Inc. | | | | | | | | |
| Invoice 13462 | 04-26-2017 | 15,293.29 | 15,293.29 | | | | | |
| | **Customer Total** | **15,293.29** | **15,293.29** | **.00** | **.00** | **.00** | **.00** | **8,552.87-** |
| 450 HYC 20HY | | | | | | | | |
| Invoice 13408 | 03-31-2017 | 85,050.00 | | 85,050.00 | | | | |
| | | **85,050.00** | **.00** | **85,050.00** | **.00** | **.00** | **.00** | **25,200.00-** |
| 452 William Sommerville, Inc. | | | 212-534-4600 | | | | | |
| Invoice 13287 | 01-31-2017 | 27,395.00 | | | | 27,395.00 | | |
| Invoice 13288 | 01-31-2017 | 91,610.00 | | | | 91,610.00 | | |
| Csh recp 031317 | 03-13-2017 | 25,000.00- | | | | 25,000.00- | | |
| Csh recp 9110 | 04-10-2017 | 25,000.00- | | | | 25,000.00- | | |
| | **Customer Total** | **69,005.00** | **.00** | **.00** | **.00** | **69,005.00** | **.00** | |
| Invoice 13380 | 03-22-2017 | 3,224.00 | | | 3,224.00 | | | |
| Invoice 13407 | 03-31-2017 | 3,224.00- | | 3,224.00- | | | | |
| | **Customer Total** | | | | | | | |
| | **T o t a l** | **1,997,066.72** | **654,054.86** | **326,960.88** | **5,083.72** | **105,725.22** | **905,242.04** | **129,217.48-** |

Uncollectable accounts as of 12/31/16. See above. Total $ 374,680.85 *

1,115,316.94

1997066.72
£374680.85
1622385.87

Due to VL

RUMI Woodcraft Corp.                                                                07-04-2017        Page 1

Cash Disbursements over $6,425
90 days before filing
02-24-2017  to  05-23-2017

| Vendor | Check date | Check # | Amount |
|---|---|---|---|
| 2872  1185 Commerce Realty LLC | | | |
| 1290 Waters Place | | | |
| Bronx            NY    10461        Penthouse 1 | | | |
| | 03-01-17 | 123685 | 33,665.13 |
| | 03-17-17 | 123817 | 33,665.13 |
| | 04-13-17 | 124005 | 33,665.13 |
| | 05-05-17 | 124150 | 33,665.13 |
| | | | 134,660.52* |
| 1007  ADP Design Inc. (ADP P/R) | | | |
| 26 Scotchtown Collabar Rd | | | |
| Middletown       NY    10941 | | | |
| | 02-28-17 | 123678 | 70,000.00 |
| | 03-08-17 | 123751 | 18,000.00 |
| | 03-17-17 | 123796 | 30,000.00 |
| | 03-21-17 | 123862 | 9,000.00 |
| | 03-31-17 | 123945 | 50,000.00 |
| | 04-11-17 | 123994 | 2,000.00 |
| | 04-20-17 | 124029 | 80,000.00 |
| | 04-26-17 | 124087 | 40,000.00 |
| | 05-10-17 | 124194 | 67,000.00 |
| | 05-15-17 | 124237 | 25,000.00 |
| | | | 391,000.00* |
| 1007A  ADP Designs Inc. (Innov. P/R) | | | |
| 26 Scotchtown Collabar Rd. | | | |
| Middletown       NY    10941 | | | |
| | 03-03-17 | 123715 | 7,296.00 |
| | 03-07-17 | 123747 | 6,808.00 |
| | 03-16-17 | 123793 | 8,092.00 |
| | 03-21-17 | 123835 | 6,344.00 |
| | 03-28-17 | 123900 | 6,020.00 |
| | 04-04-17 | 123975 | 6,967.00 |
| | 04-11-17 | 123993 | 8,370.00 |
| | 04-18-17 | 124015 | 12,126.00 |
| | 04-25-17 | 124075 | 6,981.00 |
| | 04-27-17 | 124134 | 6,496.00 |
| | 05-09-17 | 124174 | 6,439.00 |
| | | | 84,931.00* |
| 3634  Ascensus Trust        Retirement Plan #205113 | | | |
| Ascensus Trust | | | |
| Ascensus Trust | | | |
| Ascensus Trust | | | |
| Ascensus Trust | | | |
| | 05-12-17 | 124226 | 20,680.01 |
| | 05-12-17 | 124227 | 22,769.27 |
| | 05-12-17 | 124228 | 25,547.86 |
| | 05-12-17 | 124229 | 18,390.20 |
| | | | 87,387.34* |
| 4109  Assemblyonics Incorporated | | | |
| Assemblyonics Incorporated | | | |
| Assemblyonics Incorporated | | | |
| 89 Cabot Court        Unit H | | | |
| Hauppauge        NY    11788 | | | |
| | 03-24-17 | 123867 | 2,685.88 |
| | 03-31-17 | 123929 | 2,675.00 |
| | 05-02-17 | 124133 | 2,106.84 |
| | | | 7,467.72* |
| 1036  Atlantic Plywood Corp. | | | |
| 1036  Atlantic Plywood Corp. | | | |
| 1036  Atlantic Plywood Corp. | | | |
| P.O. Box 845433 | | | |
| Boston                            MA    02284-5433 | | | |
| | 03-02-17 | 123687 | 5,244.32 |
| | 03-17-17 | 123937 | 3,323.20 |
| | 04-27-17 | 124094 | 1,486.99 |
| | | | 10,054.51* |
| 2772  Carl D. Prelser CPA, P.C. | | | |
| 2772  Carl D. Prelser CPA, P.C.        Certified Public Accountants | | | |
| 2535 Horace Court | | | |
| Bellmore          NY    11710 | | | |
| | 04-26-17 | 124092 | 5,750.00 |
| | 04-26-17 | 124093 | 5,750.00 |
| | | | 11,500.00* |
| 1513  Cash | | | |
| 1513  Cash | | | |
| 1513  Cash | | | |
| 1513  Cash | | | |
| 1513  Cash | | | |
| | 03-06-17 | 123719 | 1,600.00 |
| | 03-24-17 | 123842 | 1,600.00 |
| | 04-19-17 | 124021 | 1,771.53 |
| | 04-20-17 | 124035 | 450.00 |
| | 05-11-17 | 124211 | 1,600.00 |
| | | | 7,021.53* |
| 1466  Con Edison  -  6190 | 03-24-17 | 123851 | 17,686.68 |

RIMI Woodcraft Corp.                                                                     Page 2
                                                                                  07-04-2017

### Cash Disbursements over $6,425
### 90 days before filing
### 02-24-2017 to 05-23-2017

| Vendor | | Check date | Check # | Amount | Total |
|---|---|---|---|---|---|
| 1466 | Con Edison - 6190 | | | | |
| | New York | | | | |
| | P.O. Box 1701 | | | | |
| | NY  10116-1701 | | | | |
| | | 04-25-17 | 124056 | 16,212.85 | 33,899.53* |
| 2046 | Connecticut Metalworks | | | | |
| | Madison | | | | |
| | 93 Hickory Lane | | | | |
| | CT  06443 | | | | |
| 2046 | Connecticut Metalworks | 03-31-17 | 123951 | 10,000.00 | |
| 2046 | Connecticut Metalworks | 03-21-17 | 124044 | 10,000.00 | |
| 2046 | Connecticut Metalworks | 05-08-17 | 124196 | 10,000.00 | |
| 2046 | Connecticut Metalworks | 05-22-17 | 124258 | | 30,000.00* |
| 4575 | DLI Incorporated | | | | |
| | Lake Worth | | | | |
| | 1823 Second Avenue North | | | | |
| | FL  33461 | | | | |
| 4575 | DLI Incorporated | 02-24-17 | 123673 | 49,802.50 | |
| 4575 | DLI Incorporated | 03-24-17 | 123889 | 30,000.00 | |
| 4575 | DLI Incorporated | 03-31-17 | 123956 | 15,619.00 | |
| 4575 | DLI Incorporated | 04-17-17 | 124006 | 23,494.00 | |
| 4575 | DLI Incorporated | 04-24-17 | 124065 | 10,000.00 | |
| 4575 | DLI Incorporated | 05-01-17 | 124116 | 10,000.00 | |
| 4575 | DLI Incorporated | 05-09-17 | 124172 | 10,000.00 | |
| 4575 | DLI Incorporated | 05-22-17 | 124261 | | 148,915.50* |
| 2049 | Downes & Reader Hardwood Co. | | | | |
| | Stoughton | | | | |
| | P.O. Box 456 | | | | |
| | MA  02072 | | | | |
| 2049 | Downes & Reader Hardwood Co. | 03-07-17 | 123727 | 5,417.08 | |
| 2049 | Downes & Reader Hardwood Co. | 04-07-17 | 123728 | 1,364.86 | |
| 2049 | Downes & Reader Hardwood Co. | 04-09-17 | 123762 | 462.39 | |
| 2049 | Downes & Reader Hardwood Co. | 04-29-17 | 123903 | 2,640.60 | |
| 2049 | Downes & Reader Hardwood Co. | 03-31-17 | 123952 | 7,237.68 | 17,122.61* |
| 1512 | EFTPS - United States Treasury | | | | |
| | Installment Agreement | | | | |
| | Tax ID: 13-1604592 | | | | |
| 1512 | EFTPS - United States Treasury | 04-28-17 | 124105 | 3,045.38 | |
| 1512 | EFTPS - United States Treasury | 05-11-17 | 124221 | 27,601.10 | |
| 1512 | EFTPS - United States Treasury | 05-11-17 | 124222 | 30,940.73 | 61,587.21* |
| 3166 | Four Corners, LLC | | | | |
| | Millerton | | | | |
| | 5979 North Elm Street | | | | |
| | NY  12546 | | | | |
| 3166 | Four Corners, LLC | 03-07-17 | 123730 | | |
| 3166 | Four Corners, LLC | 05-22-17 | 124270 | 11,672.10 | 11,672.10* |
| 1827 | FRC Hardware | | | | |
| | Barnegat | | | | |
| | 4 Geyser Place | | | | |
| | NJ  08080 | | | | |
| 1827 | FRC Hardware | 03-10-17 | 123778 | 7,618.52 | |
| 1827 | FRC Hardware | 03-24-17 | 123880 | 5,464.07 | |
| 1827 | FRC Hardware | 04-10-17 | 123984 | 6,033.58 | |
| 1827 | FRC Hardware | 04-25-17 | 124059 | 5,031.09 | |
| 1827 | FRC Hardware | 05-22-17 | 124269 | | 24,147.26* |
| 2381 | Furniture Masters | | | | |
| | Long Island City | | | | |
| | 38-42 Review Avenue | | | | |
| | NY  11101 | | | | |
| 2381 | Furniture Masters | 03-03-17 | 123707 | 10,000.00 | |
| 2381 | Furniture Masters | 03-31-17 | 123953 | 5,000.00 | |
| 2381 | Furniture Masters | 05-04-17 | 124143 | 4,500.00 | |
| 2381 | Furniture Masters | 05-12-17 | 124231 | 4,359.73 | 23,859.73* |
| 4504 | Goldbrecht USA Inc. | | | | |
| | Culver City | | | | |
| | 5701 Buckingham Parkway Unit C | | | | |
| | CA  90230 | | | | |
| 4504 | Goldbrecht USA Inc. | 03-06-17 | 123724 | 10,000.00 | |
| 4504 | Goldbrecht USA Inc. | 04-20-17 | 124028 | 9,000.00 | |
| 4504 | Goldbrecht USA Inc. | 05-10-17 | 124188 | 9,625.00 | 28,625.00* |
| 1899 | Hi-Tech Metals, Inc. | | | | |
| | Maspeth | | | | |
| | 59-20 56th Avenue | | | | |
| | NY  11378 | | | | |
| | | 04-25-17 | 124076 | 25,000.00 | 25,000.00* |
| 4300 | Hollow Metal Trust Fund | 02-27-17 | 123676 | 802.69 | |
| 4300 | Hollow Metal Trust Fund | 03-07-17 | 123750 | 768.24 | |

*Case#17-20002-*

**RIMI Woodcraft Corp.**

07-04-2017     Page 3

Cash Disbursements over $6,425
90 days before filing
02-24-2017 to 05-23-2017

| Vendor | Check date | Check # | Amount |
|---|---|---|---|
| **395 Hudson St**   **New York**   **NY**   **10014** | | | |
| **Welfare Benefit - Tier 2** | | | |
| 4300 Hollow Metal Trust Fund | 03-13-17 | 123781 | 906.42 |
| 4300 Hollow Metal Trust Fund | 03-21-17 | 123823 | 55.12 |
| 4300 Hollow Metal Trust Fund | 03-28-17 | 123902 | 916.66 |
| 4300 Hollow Metal Trust Fund | 04-04-17 | 123959 | 826.80 |
| 4300 Hollow Metal Trust Fund | 04-11-17 | 123996 | 826.80 |
| 4300 Hollow Metal Trust Fund | 04-18-17 | 124017 | 826.80 |
| 4300 Hollow Metal Trust Fund | 04-25-17 | 124040 | 826.80 |
| 4300 Hollow Metal Trust Fund | 05-02-17 | 124119 | 864.89 |
| 4300 Hollow Metal Trust Fund | 05-09-17 | 124177 | 816.47 |
| 4300 Hollow Metal Trust Fund | 05-16-17 | 124247 | 678.67 |
| | | | 8,216.36* |
| **777 Sunrise Highway Suite 310**   **Lynbrook**   **NY**   **11563** | | | |
| **Mallory Alexander Int'l Logist** | | | |
| 4527 Mallory Alexander Int'l Logist | 03-27-17 | 123893 | 14,910.60 |
| 4527 Mallory Alexander Int'l Logist | 04-21-17 | 124037 | 4,973.28 |
| 4527 Mallory Alexander Int'l Logist | 04-28-17 | 124108 | 825.00 |
| | | | 20,708.88* |
| **Fuggerstr. 7**   **48165 Munster**   **Germany** | | | |
| **Marc Thomas** | | | |
| 2369 Marc Thomas | 03-03-17 | 91254 | 10,424.17 |
| 2369 Marc Thomas | 03-31-17 | 91267 | 22,161.65 |
| | | | 32,585.82* |
| **1185 Commerce Avenue**   **Bronx**   **NY**   **10462** | | | |
| 1247 MVRC Leasing Corp. | 03-03-17 | 123701 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 03-07-17 | 123734 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 03-15-17 | 123787 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 03-21-17 | 123829 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 03-28-17 | 123897 | 1,500.00 |
| 1247 MVRC Leasing Corp. | 04-04-17 | 123960 | 1,500.00 |
| 1247 MVRC Leasing Corp. | 04-04-17 | 123963 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 04-11-17 | 123989 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 04-20-17 | 124023 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 04-25-17 | 124077 | 2,100.00 |
| 1247 MVRC Leasing Corp. | 04-25-17 | 124078 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 05-02-17 | 124125 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 05-09-17 | 124160 | 3,300.00 |
| | | | 39,900.00* |
| **Processing Unit**   **PO Box 4111**   **Binghamton**   **NY**   **13902-4111** | | | |
| 1300 New York State Income Tax | 02-24-17 | 123666 | 7,394.45 |
| 1300 New York State Income Tax | 03-03-17 | 123690 | 6,451.32 |
| 1300 New York State Income Tax | 03-10-17 | 123769 | 7,382.13 |
| 1300 New York State Income Tax | 03-17-17 | 123811 | 7,210.57 |
| 1300 New York State Income Tax | 03-24-17 | 123873 | 6,241.14 |
| 1300 New York State Income Tax | 03-31-17 | 123935 | 7,442.51 |
| 1300 New York State Income Tax | 04-07-17 | 123978 | 7,321.42 |
| 1300 New York State Income Tax | 04-13-17 | 123998 | 6,910.57 |
| 1300 New York State Income Tax | 04-21-17 | 124040 | 6,003.75 |
| 1300 New York State Income Tax | 04-28-17 | 124103 | 5,855.08 |
| 1300 New York State Income Tax | 05-05-17 | 124145 | 6,096.93 |
| 1300 New York State Income Tax | 05-10-17 | 124200 | 7,008.78 |
| 1300 New York State Income Tax | 05-19-17 | 124251 | 6,198.65 |
| | | | 87,517.30* |
| **PO Box 5238**   **New York**   **NY**   **10008-5238** | | | |
| 1398 New York State Insurance Fund | 03-24-17 | 123847 | 20,454.25 |
| 1398 New York State Insurance Fund | 04-25-17 | 124053 | 20,454.25 |
| | | | 40,908.50* |
| **EIN# 13-1604592**   **Albany**   **P.O. Box 15172**   **NY**   **12212-5172** | | | |
| 1311 New York State Sales Tax | 03-17-17 | 123812 | 2,380.28 |
| 1311 New York State Sales Tax | 04-20-17 | 124032 | 12,110.51 |
| | | | 14,490.79* |
| 4596 Nomore Punch Inc. | 02-28-17 | 123684 | 10,000.00 |

RIMI Woodcraft Corp.

Cash Disbursements over $6,425
90 days before filing
02-24-2017  to  05-23-2017

07-04-2017   Page 4

| Vendor | Check date | Check # | Amount | |
|---|---|---|---|---|
| Nomora Punch Inc. 741 NW 89th Terrace Pembroke Pines  FL  33024 | | | | *16,000.00* |
| | 05-03-17 | 124117 | 6,000.00 | |
| NY Dist Council of Carpenters 395 Hudson Street New York  NY  10014 Attn: Luke Powers | | | | *464,046.20* |
| NY Dist Council of Carpenters | 02-27-17 | 123674 | 54,333.82 | |
| NY Dist Council of Carpenters | 03-13-17 | 123775 | 55,588.23 | |
| NY Dist Council of Carpenters | 03-13-17 | 123782 | 46,036.30 | |
| NY Dist Council of Carpenters | 03-21-17 | 123820 | 25,626.25 | |
| NY Dist Council of Carpenters | 03-21-17 | 123822 | 40,532.18 | |
| NY Dist Council of Carpenters | 04-04-17 | 123958 | 37,528.11 | |
| NY Dist Council of Carpenters | 04-07-17 | 123977 | 39,384.93 | |
| NY Dist Council of Carpenters | 04-18-17 | 124016 | 44,007.41 | |
| NY Dist Council of Carpenters | 04-20-17 | 124036 | 38,401.90 | |
| NY Dist Council of Carpenters | 05-02-17 | 124118 | 43,599.78 | |
| NY Dist Council of Carpenters | 05-03-17 | 124138 | 39,007.29 | |
| NYC District Council of Carpenters Welfare Fund 395 Hudson Street New York  NY  10014 | | | | *38,561.11* |
| NYC District Council of | 03-24-17 | 123857 | 18,995.67 | |
| | 04-25-17 | 124092 | 19,565.44 | |
| PIM / IIM Insurance Companies PO Box 825558 Philadelphia  PA  19182-6558 | | | | *32,427.20* |
| | 04-20-17 | 124026 | 32,427.20 | |
| PPDH Jętas ul. Sportowa 2 32-031 Mogilany Poland | | | | *36,960.00* |
| | 03-03-17 | 12253 | 36,960.00 | |
| Quantum Earth LLC 47 Fresh Ponds Road Jamesburg  NJ  08831 | | | | *13,200.00* |
| Quantum Earth LLC | 03-03-17 | 123709 | 1,200.00 | |
| Quantum Earth LLC | 03-07-17 | 123740 | 1,200.00 | |
| Quantum Earth LLC | 03-15-17 | 123760 | 1,200.00 | |
| Quantum Earth LLC | 03-21-17 | 123833 | 1,200.00 | |
| Quantum Earth LLC | 03-28-17 | 123899 | 1,200.00 | |
| Quantum Earth LLC | 04-04-17 | 123971 | 1,200.00 | |
| Quantum Earth LLC | 04-11-17 | 123990 | 1,200.00 | |
| Quantum Earth LLC | 04-18-17 | 124012 | 1,200.00 | |
| Quantum Earth LLC | 04-25-17 | 124083 | 1,200.00 | |
| Quantum Earth LLC | 05-02-17 | 124129 | 1,200.00 | |
| Quantum Earth LLC | 05-09-17 | 124169 | 1,200.00 | |
| RIMI Corporate Facilities 1185 Commerce Avenue Bronx  NY  10462 | | | | *299,000.00* |
| RIMI Corporate Facilities | 02-28-17 | 123689 | 30,000.00 | |
| RIMI Corporate Facilities | 03-21-17 | 123826 | 22,000.00 | |
| RIMI Corporate Facilities | 03-24-17 | 123884 | 67,000.00 | |
| RIMI Corporate Facilities | 03-31-17 | 123944 | 14,000.00 | |
| RIMI Corporate Facilities | 04-26-17 | 124089 | 40,000.00 | |
| RIMI Corporate Facilities | 05-02-17 | 124123 | 65,000.00 | |
| RIMI Corporate Facilities | 05-10-17 | 124197 | 61,000.00 | |
| RIMI Woodcraft Payroll Acct | 02-24-17 | 123667 | 30,000.00 | |
| RIMI Woodcraft Payroll Acct | 02-27-17 | 123675 | 30,000.00 | |
| RIMI Woodcraft Payroll Acct | 02-28-17 | 123682 | 9,513.73 | |
| RIMI Woodcraft Payroll Acct | 03-03-17 | 123691 | 63,244.13 | |
| RIMI Woodcraft Payroll Acct | 03-20-17 | 123819 | 24,000.00 | |
| RIMI Woodcraft Payroll Acct | 03-21-17 | 123821 | 50,000.00 | |
| RIMI Woodcraft Payroll Acct | 03-24-17 | 123874 | 65,000.00 | |
| RIMI Woodcraft Payroll Acct | 03-27-17 | 123890 | 61,115.71 | |
| RIMI Woodcraft Payroll Acct | 03-31-17 | 123941 | 40,000.00 | |
| RIMI Woodcraft Payroll Acct | 04-07-17 | 123961 | 40,000.00 | |
| RIMI Woodcraft Payroll Acct | 04-10-17 | 123988 | 59,631.02 | |
| RIMI Woodcraft Payroll Acct | 04-13-17 | 123999 | 35,000.00 | |

**RIMI Woodcraft Corp.**                                                                 07-04-2017   Page 5

Cash Disbursements over $6,425
90 days before filing
02-24-2017  to  05-23-2017

| Vendor | Check date | Check # | Amount |
|---|---|---|---|
| **Bronx** | | **NY 10462** | |
| **1185 Commerce Avenue** | | | |
| 1508  Rimi Woodcraft Payroll Acct | 04-20-17 | 124033 | 30,364.54 |
| 1508  Rimi Woodcraft Payroll Acct | 04-21-17 | 124041 | 25,000.00 |
| 1508  Rimi Woodcraft Payroll Acct | 04-25-17 | 124047 | 34,065.19 |
| 1508  Rimi Woodcraft Payroll Acct | 04-28-17 | 124104 | 35,000.00 |
| 1508  Rimi Woodcraft Payroll Acct | 05-03-17 | 124139 | 22,084.81 |
| 1508  Rimi Woodcraft Payroll Acct | 05-05-17 | 124146 | 20,000.00 |
| 1508  Rimi Woodcraft Payroll Acct | 05-09-17 | 124176 | 39,082.59 |
| 1508  Rimi Woodcraft Payroll Acct | 05-10-17 | 124201 | 63,740.36 |
| | | | *776,842.08* |
| **Vaughan** | | **ON L4K 3C7** | |
| **71 Adesso Drive** | | | |
| 3992  RK Doors Inc. | 03-07-17 | 123732 | 6,060.00 |
| 3992  RK Doors Inc. | 03-08-17 | 123759 | 6,859.00 |
| 3992  RK Doors Inc. | 05-08-17 | 124152 | 1,990.00 |
| 3992  RK Doors Inc. | 05-15-17 | 124235 | 3,941.00 |
| | | | *18,854.00* |
| **Deer Park** | | **NY 11729** | |
| **45 N. Industry Court** | | | |
| 1356  Roberts Plywood Co. | 03-02-17 | 123689 | 627.20 |
| 1356  Roberts Plywood Co. | 03-20-17 | 124034 | 6,000.00 |
| 1356  Roberts Plywood Co. | 04-27-17 | 124102 | 4,182.40 |
| 1356  Roberts Plywood Co. | 05-10-17 | 124189 | 935.00 |
| | | | *9,744.60* |
| **Philadelphia** | | **PA 19178-5742** | |
| **Lockbox 785742** | | | |
| 1756  Rugby ABP Corp. | 02-28-17 | 123671 | 10,000.00 |
| 1756  Rugby ABP Corp. | 03-17-17 | 123803 | 7,423.01 |
| 1756  Rugby ABP Corp. | 03-23-17 | 123860 | 2,559.31 |
| 1756  Rugby ABP Corp. | 04-13-17 | 124004 | 5,061.40 |
| 1756  Rugby ABP Corp. | 04-21-17 | 124038 | 5,015.83 |
| 1756  Rugby ABP Corp. | 05-10-17 | 124192 | 2,000.00 |
| 1756  Rugby ABP Corp. | 05-12-17 | 124223 | 3,000.00 |
| 1756  Rugby ABP Corp. | 05-12-17 | 124224 | 3,000.00 |
| 1756  Rugby ABP Corp. | 05-12-17 | 124225 | 2,509.03 |
| | | | *40,568.58* |
| **Woodside** | | **NY 11377** | |
| **60-01 31st Ave** | | | |
| 4190  Stainless Metals Inc. | 02-28-17 | 123683 | 25,000.00 |
| 4190  Stainless Metals Inc. | 03-24-17 | 123843 | 30,000.00 |
| 4190  Stainless Metals Inc. | 03-31-17 | 123955 | 15,000.00 |
| 4190  Stainless Metals Inc. | 04-21-17 | 124039 | 15,000.00 |
| 4190  Stainless Metals Inc. | 05-01-17 | 124114 | 15,000.00 |
| | | | *100,000.00* |
| **Bedford Park** | | **IL 60638** | |
| **6606 West 74th St.** | | | |
| 1691  Star Moulding & Trim Co. | 03-31-17 | 123950 | 9,309.60 |
| | | | *9,309.60* |
| **Minneapolis** | | **MN 55432** | |
| **6536 Main St. NE** | | | |
| 3656  Stylmark | 03-07-17 | 123731 | 6,207.00 |
| 3656  Stylmark | 05-02-17 | 124137 | 288.57 |
| | | | *6,495.57* |
| **Dallas** | | **TX 75266-0317** | |
| **Cl & Specialty Remittance Cntr   PO Box 660317** | | | |
| 3601  Travelers Insurance | 03-06-17 | 123723 | 7,507.60 |
| 3601  Travelers Insurance | 03-13-17 | 123785 | 9.10 |
| | | | *7,516.70* |
| **Poland** | | **30-390 Krakow** | |
| **ul. Zawila 57** | | | |
| 3959  U-Nex sp.z.o.o | 04-27-17 | 124098 | 5,040.00 |
| 3959  U-Nex sp.z.o.o | 04-27-17 | 124099 | 10,000.00 |
| 3959  U-Nex sp.z.o.o | 05-23-17 | 124272 | |
| | | | *15,040.00* |
| 1046  U.S. Bank | 03-03-17 | 123252 | 7,500.00 |
| 1046  U.S. Bank | 04-21-17 | 123272 | 5,000.00 |

RINI Woodcraft Corp.

07-04-2017    Page 6

*CASE# 17-20002*

Cash Disbursements over $6,425
90 days before filing
02-24-2017  to  05-23-2017

| Vendor | Check date | Check # | Amount |
|---|---|---|---|
| 1046 | | | |
| U.S. Bank | | | |
| P.O. Box 790408 | | | |
| St. Louis | MO 63179-0408 | | |
| | 05-11-17 | 91273 | 5,000.00 |
| | | | 17,500.00* |
| 4372 | | | |
| United Iron Inc | | | |
| 6 Roslyn Place | | | |
| Mount Vernon | NY 10550 | | |
| | 03-02-17 | 1238688 | 168,615.00 |
| | | | 168,615.00* |
| 1021 | | | |
| USI Insurance Services LLC | | | |
| PO Box 62939 | | | |
| Virginia Beach | VA 23466 | | |
| | 03-03-17 | 1238698 | 18,947.00 |
| | 03-22-17 | 1242556 | |
| | | | 18,947.00* |
| 1432 | | | |
| Veneer Products Ltd. | | | |
| 1185 Commerce Avenue | | | |
| Bronx | NY 10462 | | |
| 1432 | Veneer Products Ltd. | | |
| | 02-28-17 | 1236891 | 28,000.00 |
| 1432 | Veneer Products Ltd. | | |
| | 03-09-17 | 1237760 | 30,000.00 |
| 1432 | Veneer Products Ltd. | | |
| | 03-17-17 | 1237896 | 20,000.00 |
| 1432 | Veneer Products Ltd. | | |
| | 03-21-17 | 1238827 | 20,000.00 |
| 1432 | Veneer Products Ltd. | | |
| | 03-24-17 | 1238885 | 40,000.00 |
| 1432 | Veneer Products Ltd. | | |
| | 03-27-17 | 1238891 | 15,266.98 |
| 1432 | Veneer Products Ltd. | | |
| | 03-31-17 | 1238965 | 50,000.00 |
| 1432 | Veneer Products Ltd. | | |
| | 04-19-17 | 1240019 | 7,000.00 |
| 1432 | Veneer Products Ltd. | | |
| | 04-20-17 | 1240031 | 75,000.00 |
| 1432 | Veneer Products Ltd. | | |
| | 04-26-17 | 1240090 | 15,000.00 |
| 1432 | Veneer Products Ltd. | | |
| | 05-10-17 | 1241799 | 97,000.00 |
| 1432 | Veneer Products Ltd. | | |
| | 05-12-17 | 1242234 | |
| | | | 397,266.98* |
| 2458 | Verizon Wireless 334 | | |
| 2458 | Verizon Wireless 334 | | |
| 2458 | Verizon Wireless 334 | | |
| 2458 | Verizon Wireless 334 | | |
| P.O. Box 408 | | | |
| Newark | NJ 07101-0408 | | |
| | 03-31-17 | 1239222 | 45.50 |
| | 04-04-17 | 1239361 | 4,008.20 |
| | 04-25-17 | 1240965 | 119.58 |
| | 05-09-17 | 1241465 | 4,018.76 |
| | | | 8,192.04* |
| 2514 | Victor Ciotti | | |
| 2514 | Victor Ciotti | | |
| 72 Brookfield Road | | | |
| Mt. Vernon | NY 10552 | | |
| | 03-23-17 | 1238837 | 5,719.00 |
| | 04-19-17 | 1240018 | 5,719.00 |
| | | | 11,438.00* |
| 3408 | | | |
| Woodro 2 Installers, Inc | | | |
| 3182 Route 9 | | | |
| | Suite 201 | | |
| Cold Spring | NY 10516 | | |
| | 03-24-17 | 1238888 | 25,000.00 |
| | | | 25,000.00* |

Total paid . . . . . . . . . . . . . . . . . 3,914,703.87*

82553 /

RIMI WOODCRAFT CORP. Case # 17-2000 ℓ
EQUIPMENT LEASES AS OF 05/23/17
------------------------------------------------
FORM 206Sum - Part B - Question 46.
&
FORM 206D - SCHEDULE D
&
FORM 206G - SCHEDULE G
&
FORM 206H - SCHEDULE H

CODEBTOR:    ANTHONY RIZZO
81 Rolling Way
New Rochelle, NY 10804

| Description | Leasing Company | Purchase Price | Leased Amount | Purchase Date | Terms | Monthly Payment | Paid | Owe |
|---|---|---|---|---|---|---|---|---|
| Sander | Susquehanna 2 Country View Road, Suite 300 Malvern, PA 19355 | 160,000 | 191,920 | 10/01/12 | 60 months | 3,197 | 159,950 | 31,970 |
| Polishing Machine | Wells Fargo PO Box 3072 Cedar Rapids, IA 52406 | 229,000 | 272,520 | 10/01/12 | 60 months | 4,547 | 227,050 | 45,470 |
| Leica Camera | Great America Financial Services PO Box 660831 Dallas, TX 75266 | 79,871 | 79,871 | 12/12/14 | 60 months | 1,331 | 31,955 | 47,916 |
| | | 468,871 | 544,311 | | | 9,075 | 418,955 | 125,356 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Loan | MVRC Leasing Corp. | Terms on Demand | | | | | | 713,165 |

**RIMI WOODCRAFT CORP. - Case 17-20002**

**GROSS OPERATING REVENUE FROM BUSINESS**

---

**FORM 207 - Part 1 - Question 1**

| Period | OPERATING REVENUE |
|---|---|
| 01/01/16 to 12/31/16 | 30,087,198 |
| 01/01/17 to 05/23/17 | 6,156,833 |

RIMI Woodcraft Corp.

Cash Disbursements (By Name)
05-24-2016 to 05-24-2017

| Vendor | | Check date | Check # | Amount | 1099 Form |
|--------|--|-----------|---------|--------|-----------|
| 1485 | Anthony Rizzo | 06-09-16 | 121539 | 4,808.92 | |
| 1485 | Anthony Rizzo | 07-15-16 | 121858 | 4,808.29 | |
| 1485 | Anthony Rizzo | 08-09-16 | 122079 | 4,815.21 | |
| 1485 | Anthony Rizzo | 09-02-16 | 122330 | 4,815.02 | |
| 1485 | Anthony Rizzo | 10-24-16 | 122739 | 3,482.50 | |
| 1485 | Anthony Rizzo | 11-04-16 | 122859 | 9,621.92 | |

32,351.86*

Total paid .......................... 32,351.86*

FORM 207 - Part 2 - Question 4. & Part 13 Question 30.

REIMBURSED TRAVEL & ENTERTAINMENT EXPENSES.

PERIOD:   05/24/16 TO 05/24/17

Page 1

06-08-2017

RIMI WOODCRAFT CORP.
PAYMENTS FROM RIMI TO MVRC
REIMBURSEMENT OF LOAN
PERIOD 05/24/16 TO 05/24/17

FORM 207 - Part 2 - Question X & Part 13 - Question 30

| Vendor | Check date | Check # | Amount |
| --- | --- | --- | --- |
| 1247 MVRC Leasing Corp. | 05/24/16 | 123396 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 06/01/16 | 121442 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 06/07/16 | 121500 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 06/14/16 | 121582 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 06/21/16 | 121640 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 06/28/16 | 121678 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 07/05/16 | 121746 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 07/12/16 | 121806 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 07/20/16 | 121875 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 07/26/16 | 121934 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 08/02/16 | 122012 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 08/08/16 | 122058 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 08/16/16 | 122167 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 08/23/16 | 122233 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 08/30/16 | 122292 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 09/07/16 | 122341 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 09/13/16 | 122364 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 09/20/16 | 122427 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 09/27/16 | 122472 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 10/04/16 | 122543 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 10/06/16 | 122574 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 10/17/16 | 122636 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 10/26/16 | 122764 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 11/01/16 | 122831 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 11/08/16 | 122878 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 11/15/16 | 122914 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 11/21/16 | 122953 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 11/29/16 | 123019 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 12/06/16 | 123080 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 12/13/16 | 123144 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 12/18/16 | 123262 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 12/19/16 | 123182 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 12/27/16 | 123234 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 01/03/17 | 123270 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 01/10/17 | 123312 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 01/17/17 | 123346 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 01/24/17 | 123411 | 3,300.00 |

page 2 of 2

Reimbursement of Loan

| Vendor | Check date | Check # | Amount |
|--------|-----------|---------|--------|
| 1247 MVRC Leasing Corp. | 02/01/17 | 123477 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 02/07/17 | 123541 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 02/14/17 | 123585 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 02/21/17 | 123642 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 03/03/17 | 123701 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 03/07/17 | 123734 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 03/15/17 | 123787 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 03/21/17 | 123829 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 03/28/17 | 123897 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 04/04/17 | 123963 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 04/11/17 | 123989 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 04/20/17 | 124023 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 04/25/17 | 124078 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 05/02/17 | 124125 | 3,300.00 |
| 1247 MVRC Leasing Corp. | 05/09/17 | 124160 | 3,300.00 |

| Total | 171,600.00 |

RHM Woodcraft Corp.

PAYROLL REGISTER - SUMMARY
Period Ending  05-28-2016 - 01-20-2017

Page 1

06-29-17

| Emp #<br>227 Anthony Risso | Regular Hours | Overtime Hours<br>Hire Date: 01-01-60 | GROSS PAY | FWH | MEDICARE | SOC.SEC. | NYSWH | Local Taxes NYC+YONK | DEDUCTIONS | NET PAY | Check # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05-28-2016 | 40.00 | | 5,060.80 | 1,339.45 | 69.72 | 298.13 | 302.80 | | 647.36 | 2,403.34 | 45074 |
| 06-04-2016 | 32.00 | | 5,060.80 | 1,339.45 | 69.72 | 298.12 | 302.80 | | 647.36 | 2,403.35 | 45156 |
| 06-11-2016 | 40.00 | | 5,060.80 | 1,339.45 | 69.73 | 298.12 | 302.80 | | 647.36 | 2,403.34 | 45242 |
| 06-18-2016 | 40.00 | | 5,060.80 | 1,339.45 | 69.72 | 191.19 | 302.80 | | 647.36 | 2,510.28 | 45326 |
| 06-25-2016 | 40.00 | | 5,060.80 | 1,339.45 | 69.72 | | 302.80 | | 647.36 | 2,701.47 | 45419 |
| 07-02-2016 | 40.00 | | 5,060.80 | 1,339.45 | 69.72 | | 302.80 | | 647.36 | 2,701.47 | 45505 |
| 07-09-2016 | 32.00 | | 5,060.80 | 1,339.45 | 69.73 | | 302.80 | | 647.36 | 2,701.46 | 45594 |
| 07-16-2016 | 40.00 | | 5,060.80 | 1,339.45 | 69.72 | | 302.80 | | 647.36 | 2,701.47 | 45685 |
| 07-23-2016 | 40.00 | | 5,060.80 | 1,339.45 | 69.72 | | 302.80 | | 647.36 | 2,701.47 | 45769 |
| 07-30-2016 | 40.00 | | 5,060.80 | 1,339.45 | 69.72 | | 302.80 | | 647.36 | 2,701.47 | 45855 |
| 08-06-2016 | 40.00 | | 5,060.80 | 1,339.45 | 69.73 | | 302.80 | | 647.36 | 2,701.46 | 45945 |
| 08-13-2016 | 40.00 | | 5,060.80 | 1,339.45 | 69.72 | | 302.80 | | 647.36 | 2,701.47 | 46032 |
| 08-20-2016 | 40.00 | | 5,060.80 | 1,339.45 | 69.72 | | 302.40 | | 647.36 | 2,701.47 | 46114 |
| 08-27-2016 | 40.00 | | 5,060.80 | 1,339.45 | 69.72 | | 302.80 | | 647.36 | 2,701.47 | 46204 |
| 09-03-2016 | 40.00 | | 5,060.80 | 1,339.45 | 69.73 | | 302.80 | | 647.36 | 2,701.46 | 46289 |
| 09-10-2016 | 32.00 | | 5,060.80 | 1,339.45 | 69.72 | | 302.80 | | 647.36 | 2,701.47 | 46375 |
| 09-17-2016 | 40.00 | | 5,060.80 | 1,339.45 | 69.72 | | 302.80 | | 647.36 | 2,701.47 | 46463 |
| 09-24-2016 | 40.00 | | 5,060.80 | 1,339.45 | 69.72 | | 302.80 | | 647.36 | 2,701.47 | 46557 |
| 10-01-2016 | 40.00 | | 5,060.80 | 1,339.45 | 69.73 | | 302.80 | | 647.36 | 2,701.46 | 46647 |
| 10-08-2016 | 40.00 | | 5,060.80 | 1,339.45 | 69.72 | | 302.80 | | 647.36 | 2,701.47 | 46742 |
| 10-15-2016 | 32.00 | | 5,060.80 | 1,339.45 | 87.44 | | 302.80 | | 647.36 | 2,683.75 | 46839 |
| 10-22-2016 | 40.00 | | 5,060.80 | 1,339.45 | 113.00 | | 302.80 | | 647.36 | 2,658.19 | 46929 |
| 10-29-2016 | 40.00 | | 5,060.80 | 1,339.45 | 113.00 | | 302.80 | | 647.36 | 2,658.19 | 47014 |
| 11-05-2016 | 40.00 | | 5,060.80 | 1,339.45 | 113.00 | | 302.80 | | 647.36 | 2,658.19 | 47101 |
| 11-12-2016 | 40.00 | | 5,060.80 | 1,339.45 | 113.00 | | 302.80 | | 647.36 | 2,658.19 | 47196 |
| 11-19-2016 | 40.00 | | 5,060.80 | 1,339.45 | 113.00 | | 302.80 | | 647.36 | 2,658.19 | 47275 |
| 11-26-2016 | 24.00 | | 5,060.80 | 1,339.45 | 113.00 | | 302.80 | | 647.36 | 2,658.19 | 47353 |
| 12-03-2016 | 40.00 | | 5,060.80 | 1,097.25 | 113.00 | | 234.34 | | 1,512.36 | 2,103.85 | 47434 |
| 12-10-2016 | 40.00 | | 5,060.80 | 1,097.25 | 113.00 | | 234.34 | | 1,512.36 | 2,103.85 | 47512 |
| 12-10-2016 | | | 6,000.00 | | 141.00 | | | | 5,859.00 | | 47513 |

RIMI Woodcraft Corp.

PAYROLL REGISTER - SUMMARY -
Period Ending 05-28-2016 - 05-20-2017

Page 2

06-29-17

Emp # 27  Anthony Rizzo   Hire Date: 01-01-60

| P/E | Regular Hours | Overtime Hours | GROSS PAY | FWH | MEDICARE | SOC. SEC. | NYSWH | Local Taxes NYC-YONK | DEDUCTIONS | NET PAY | Check |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-17-2016 | 40.00 | | 5,060.80 | 1,097.25 | 113.00 | | 234.34 | | 1,512.36 | 2,103.85 | 47589 |
| 12-24-2016 | 36.00 | | 5,060.80 | 1,097.25 | 113.00 | | 234.34 | | 1,512.36 | 2,103.85 | 47668 |
| 12-31-2016 | 28.00 | | 4,898.16 | 1,272.67 | 67.36 | 288.04 | 285.43 | | 714.36 | 2,270.30 | 47744 |
| 01-07-2017 | 32.00 | | 4,898.15 | 1,271.37 | 67.30 | 287.75 | 285.06 | | 718.97 | 2,267.70 | 47809 |
| 01-14-2017 | 40.00 | | 4,898.15 | 1,271.37 | 67.30 | 287.76 | 285.06 | | 718.97 | 2,267.69 | 47877 |
| 01-21-2017 | 40.00 | | 4,898.15 | 1,271.37 | 67.30 | 287.75 | 285.06 | | 718.97 | 2,267.70 | 47943 |
| 01-28-2017 | 40.00 | | 4,898.15 | 1,271.37 | 67.29 | 287.75 | 285.06 | | 718.97 | 2,267.71 | 48014 |
| 02-04-2017 | 40.00 | | 4,898.15 | 1,271.37 | 67.30 | 287.76 | 285.06 | | 718.97 | 2,267.69 | 48080 |
| 02-11-2017 | 40.00 | | 4,898.15 | 1,271.37 | 67.30 | 287.75 | 285.06 | | 718.97 | 2,267.70 | 48150 |
| 02-18-2017 | 40.00 | | 4,898.15 | 1,271.37 | 67.29 | 287.75 | 285.06 | | 718.97 | 2,267.71 | 48232 |
| 02-25-2017 | 32.00 | | 4,898.15 | 1,271.37 | 67.30 | 287.75 | 285.06 | | 718.97 | 2,267.70 | 48297 |
| 03-04-2017 | 40.00 | | 4,898.15 | 1,271.37 | 67.30 | 287.76 | 285.06 | | 718.97 | 2,267.69 | 48365 |
| 03-11-2017 | 40.00 | | 4,898.15 | 1,271.37 | 67.30 | 287.75 | 285.06 | | 718.97 | 2,267.70 | 48429 |
| 03-18-2017 | 32.00 | | 4,898.15 | 1,271.37 | 67.29 | 287.75 | 285.06 | | 718.97 | 2,267.71 | 48493 |
| 03-25-2017 | 40.00 | | 4,898.15 | 1,271.37 | 67.30 | 287.76 | 285.06 | | 718.97 | 2,267.69 | 48559 |
| 04-01-2017 | 40.00 | | 4,898.15 | 1,271.37 | 67.30 | 287.75 | 285.06 | | 718.97 | 2,267.70 | 48627 |
| 04-08-2017 | 40.00 | | 4,898.15 | 1,271.37 | 67.29 | 287.75 | 285.06 | | 718.97 | 2,267.71 | 48690 |
| 04-15-2017 | 32.00 | | 4,898.15 | 1,271.37 | 67.30 | 287.76 | 285.06 | | 718.97 | 2,267.69 | 48752 |
| 04-22-2017 | 40.00 | | 4,898.15 | 1,271.37 | 67.30 | 287.75 | 285.06 | | 718.97 | 2,267.70 | 48815 |
| 04-29-2017 | 40.00 | | 4,898.15 | 1,271.37 | 67.29 | 287.75 | 285.06 | | 718.97 | 2,267.71 | 48873 |
| 05-06-2017 | 40.00 | | 4,898.15 | 1,271.37 | 67.30 | 287.76 | 285.06 | | 718.97 | 2,267.69 | 48932 |
| 05-13-2017 | 40.00 | | 4,898.15 | 1,271.37 | 67.30 | 287.75 | 285.06 | | 718.97 | 2,267.70 | 48991 |
| 05-20-2017 | 40.00 | | 4,898.15 | 1,400.73 | 67.30 | 287.75 | 319.08 | | 256.97 | 2,566.32 | 1007 |
| 05-20-2017 | 40.00- | | 4,898.15- | 1,400.73- | 67.30- | 287.75- | 319.08- | | 256.97- | 2,566.32- | 1007 |
| | 1,944.00 | .00 | 260,847.81 | 65,982.85 | 4,098.90 | 6,840.91 | 14,814.53 | | 43,761.95 | 125,348.67 | |

GRAND TOTALS | 1,944.00 | .00 | 260,847.81 | 65,982.85 | 4,098.90 | 6,840.91 | 14,814.53 | .00 | 43,761.95 | 125,348.67 |

Form 207 - Part 2 - Question 30  &  Part 13 - Question 30

ANTHONY RIZZO GROSS PAYROLL

RIMI WOODCRAFT CORP CASE # 17-20002

PART 13 LINE 25

| Name | D Employer identification number / E Date incorporated |
|---|---|
| RIMI CORPORATE FACILITIES REFURBISHING, INC. | 13-3417463 |
| 1185 COMMERCE AVE | E Date incorporated 06/18/1987 |

(1) BRONX NY 10462

FINISH & REFINISH NEW + EXISTING MILLWORK

| Name | B Employer identification number / C Date incorporated |
|---|---|
| VENEER PRODUCTS LTD. | 13-3219667 |
| | C Date incorporated 02/14/1984 |

SAME AS (#1)

BUY + SELL WOOD VENEER

| Name | D Employer identification number / E Date incorporated |
|---|---|
| ADF DESIGNS, INC. | 14-1601235 |
| 26 SCOTCHTOWN COLLABAR RD | E Date incorporated 06/15/1978 |

MIDDLETOWN, NY 1094,

COMPLETE EXISTING PARTIALLY COMPLETED PROJECTS + NEW CUSTOMERS

| Name | D Employer identification number / E Date incorporated |
|---|---|
| MVRC LEASING CORP. | 13-3808275 |
| | E Date incorporated 02/03/1995 |

SAME AS (# 1)

PURCHASES + FINANCES VEHICLES

| Name | D Employer identification number / E Date incorporated |
|---|---|
| MID ORANGE PROPERTIES CORP. | 11-3093315 |
| | E Date incorporated 01/02/1992 |

SAME AS (# 1)

OWNS LAND + BUILDING

THAT ADF OPERATES AT.

| Name | B Employer identification number / C Date incorporated |
|---|---|
| ELITE WOODCRAFT INSTALLATIONS LTD. | 46-1745338 |
| 72 BROOKFIELD RD. | C Date incorporated 01/10/2013 |

MOUNT VERNON, NY 10552

NON-OPERATING ENTITY 100% OWNED [illegible]

Page 1 of 1

RIMI WOODCRAFT CORP.  Case #17-20004
ACCOUNTANTS AND BOOKKEEPERS WHO MAINTAINED BOOKS
----------------------------------------
FORM 207 - Part 13 - Question 26a.

| Name | | Service |
|------|------|---------|
| Carl D. Preiser, CPA | 2535 Horace Ct. Bellmore, NY 11710 | 25+ years |
| George Desis, Controller | 16 Ridgewood Dr. Rye, NY 10580 | 19+ years |
| Joan Bast, Bookkeeper | c/o Debtor | 23+ years |
| Mala Singh, Bookkeeper | c/o Debtor | 21+ years |