UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re **RIMI WOODCRAFT CORP.**                     Case No. 17-20002
    Debtor                                         Reporting Period: 06/01/18 - 06/30/18

                                                   Federal Tax I.D. # 13-1604592

## CORPORATE MONTHLY OPERATING REPORT

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | X | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Post-petition Taxes | MOR-4 | X | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | X | |
| Listing of Aged Accounts Payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | |
| Taxes Reconciliation and Aging | MOR-5 | X | |
| Payments to Insiders and Professional | MOR-6 | X | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | X | |
| Debtor Questionnaire | MOR-7 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor                                Date  07/20/18

*[signature]*

Signature of Authorized Individual*                Date  07/20/18

*[signature]*

Printed Name of Authorized Individual              Date  07/20/18
**ANTHONY RIZZO**

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR
2/2008
PAGE 1 of 1

In re RIMI WOODCRAFT CORP.  
Debtor

Case No. 17-20002  
Reporting Period: 06/01/18 to 06/30/18

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| ACCOUNTS | BANK ACCOUNTS | | | | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
|---|---|---|---|---|---|
|  | OPER | PAYROLL | TAX | OTHER |  |
| CASH BEGINNING OF MONTH | 463.02 | 0.00 | (0.00) | 0.00 | 463.02 |
| **RECEIPTS** | | | | | |
| CASH SALES | | | | | 0.00 |
| ACCOUNTS RECEIVABLE - PREPETITION | | | | | 0.00 |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | | | 0.00 |
| Workers Comp Refund | | | | | 0.00 |
| TRANSFERS *(Anthony Rizzo/Owner)* | 22,500.00 | | | | 22,500.00 |
| TRANSFERS *(Marie Rizzo /Owner)* | | | | | 0.00 |
| TRANSFERS *(FROM OPERATIONS)* | | | 15,000.00 | | 15,000.00 |
| TRANSFERS *(FROM RIMI CORP.)* | | | | | 0.00 |
| **TOTAL RECEIPTS** | 22,500.00 | 0.00 | 15,000.00 | 0.00 | 37,500.00 |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | | | | | 0.00 |
| PAYROLL TAXES | | | 15,000.00 | | 15,000.00 |
| SALES, USE, & OTHER TAXES | | | | | 0.00 |
| INVENTORY PURCHASES | | | | | 0.00 |
| SECURED/ RENTAL/ LEASES | 1,339.24 | | | | 1,339.24 |
| INSURANCE | 4,388.92 | | | | 4,388.92 |
| ADMINISTRATIVE | 1,631.79 | | | | 1,631.79 |
| LEGAL FEES RELATED TO UNION | | | | | 0.00 |
| BANK FEES | | | | | 0.00 |
| OTHER *(2) SEE ATTACHED* | | | | | 0.00 |
| OWNER DRAW * | | | | | 0.00 |
| TRANSFERS *(TO DIP PAYROLL)* | | | | | 0.00 |
| TRANSFERS *(TO DIP TAX)* | 15,000.00 | | | | 15,000.00 |
| PROTECTION | | | | | 0.00 |
| U.S. TRUSTEE QUARTERLY FEES | | | | | 0.00 |
| COURT COSTS | | | | | 0.00 |
| **TOTAL DISBURSEMENTS** | 22,359.95 | 0.00 | 15,000.00 | 0.00 | 37,359.95 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 140.05 | 0.00 | 0.00 | 0.00 | 140.05 |
| **CASH – END OF MONTH** | 603.07 | 0.00 | (0.00) | 0.00 | 603.07 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| TOTAL DISBURSEMENTS | 37,359.95 |
|---|---|
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | (15,000.00) |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | 0.00 |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 22,359.95 |

In re RIMI WOODCRAFT CORP.  
    Debtor

Case No. 17-20002  
Reporting Period: 06/01/18 to 06/30/18

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.
(Bank account numbers may be redacted to last four numbers.)

|  | Operating #****367737 | Payroll #****367745 | Tax #****367788 | Other #****488868 |
|---|---|---|---|---|
| **BALANCE PER BOOKS** | 603.07 | 0.00 | (0.00) | 0.00 |
| BANK BALANCE | 3,667.86 | 0.00 | 0.00 | 0.00 |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* |  |  |  | 0.00 |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | (3,064.79) |  |  | 0.00 |
| OTHER IN TRANSIT *(SEE BELOW)* |  |  |  |  |
| **ADJUSTED BANK BALANCE *** | 603.07 | 0.00 | 0.00 | 0.00 |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
| **Opertating Account:** |  |  |  |  |
|  | 1285 | 330.83 |  |  |
|  | 1286 | 370.03 |  |  |
|  | 1287 | 51.76 |  |  |
|  | 1289 | 37.20 |  |  |
|  | 1290 | 48.24 |  |  |
|  | 1291 | 1,339.24 |  |  |
|  | 1292 | 299.57 |  |  |
|  | 1293 | 45.92 |  |  |
|  | 1294 | 500.00 |  |  |
|  | 1295 | 42.00 |  |  |
|  | TOTAL | 3,064.79 |  |  |
| **Payroll Account:** |  |  |  |  |
|  | TOTAL | 0.00 |  |  |
| **Tax Account:** |  |  |  |  |
|  | TOTAL | 0.00 |  |  |
| **Total** |  | 3,064.79 |  |  |

In re RIMI WOODCRAFT CORP.  Case No. 17-20002
Debtor  Reporting Period: 06/01/18 to 06/30/18

## STATEMENT OF OPERATIONS (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | MONTH | CUMULATIVE -FILING TO DATE |
|---|---|---|
| Gross Revenues / Auction Proceeds / Held in Escrow ( $116,769.28 ) | | 419,624.55 |
| Bad Debt billed to be recovered | | 67,377.43 |
| Less: Returns and Allowances | | |
| **Net Revenue** | **0.00** | **487,001.98** |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | 353,405.00 |
| Sold at Auction | | (353,405.00) |
| Add: Subcontractors | | 14,709.85 |
| Refund from Signature Bank. Returned checks were credited to our account. | | (108,142.30) |
| Material Expense | | 353,405.00 |
| Add: Other Costs (attach schedule) | | |
| Less: Ending Inventory | 0.00 | 0.00 |
| **Cost of Goods Sold** | **0.00** | **259,972.55** |
| **Gross Profit** | **0.00** | **227,029.43** |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Legal Fees Related to Union | | 15,500.00 |
| Officer/Insider Compensation | (22,500.00) | 172,343.80 |
| Office Salaries | 0.00 | 181,175.25 |
| Accounts Receivable Recovery | 0.00 | (3,966.41) |
| Health and Other Insurances | 4,388.92 | 331,870.85 |
| Telephone | 1,631.79 | 25,675.59 |
| Bad Debts | | 405,660.87 |
| Office Expense | | 23,759.64 |
| Bank Fees | | 1,130.01 |
| Taxes - Payroll | | 5,278.85 |
| Rent Expense | 1,339.24 | 89,139.24 |
| Taxes - Other | | 2,003.23 |
| Rubbish Removal | | 13,336.20 |
| Security | | 2,839.74 |
| Utilities | 0.00 | 39,644.70 |
| Other (attach schedule) | | |
| **Total Operating Expenses Before Depreciation** | **(15,140.05)** | **1,305,391.56** |
| Depreciation/Depletion/Amortization | | |
| **Net Profit (Loss) Before Other Income & Expenses** | **15,140.05** | **(1,078,362.13)** |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | | |
| Trustee Fees | | 9,100.93 |
| Other Expense (attach schedule) | | |
| Total Other Income and Expenses | 0.00 | 9,100.93 |
| **Net Profit (Loss) Before Reorganization Items** | **15,140.05** | **(1,087,463.06)** |

In re RIMI WOODCRAFT CORP.  
　　　Debtor

Case No. 17-20002  
Reporting Period: 06/01/18 to 06/30/18

| REORGANIZATION ITEMS | | |
|---|---|---|
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | | N/A |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| Total Reorganization Expenses | | |
| Income Taxes | | |
| **Net Profit (Loss)** | | |

*"Insider" is defined in 11 U.S.C. Section 101(31).

## BREAKDOWN OF "OTHER" CATEGORY

OTHER COSTS

| | | |
|---|---|---|
| | N/A | |

OTHER OPERATIONAL EXPENSES

| | | |
|---|---|---|
| | N/A | |

OTHER INCOME

| | | |
|---|---|---|
| | N/A | |

OTHER EXPENSES

| | | |
|---|---|---|
| | N/A | |

OTHER REORGANIZATION EXPENSES

| | | |
|---|---|---|
| | N/A | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

In re RIMI WOODCRAFT CORP.  
Debtor

Case No. 17-20002  
Reporting Period: 06/01/18 to 06/30/18

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH (CUMULATIVE) | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| **CURRENT ASSETS** | | | |
| Unrestricted Cash and Equivalents | 603.07 | 463.02 | (43,013.35) |
| Cash - Attorney's held in escrow | 116,769.28 | 116,769.28 | |
| Accounts Receivable (Net). Includes bad debt to be recovered | 422,781.80 | 422,781.80 | 1,293,416.60 |
| Inventories | | | 353,405.00 |
| Prepaid Expenses | 38,128.96 | 38,128.96 | 141,951.11 |
| Prepaid Expenses 2017 Postings | | | |
| Due from Veneer Products Ltd. | 1,284,840.63 | 1,284,840.63 | 1,284,840.63 |
| Security Deposits | 6,503.73 | 6,503.73 | 29,400.00 |
| Professional Retainers | | | |
| Other Current Assets *(attach schedule)* | | | |
| **TOTAL CURRENT ASSETS** | 1,869,627.47 | 1,869,487.42 | 3,059,999.99 |
| **PROPERTY & EQUIPMENT** | | | |
| Real Property and Improvements | | | |
| Furniture, Fixtures and Office Equipment | | | |
| **TOTAL PROPERTY & EQUIPMENT** | 0.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | |
| Amounts due from Insiders* | | | |
| Other Assets *(attach schedule)* | | | |
| **TOTAL OTHER ASSETS** | 0.00 | 0.00 | 0.00 |
| **TOTAL ASSETS** | 1,869,627.47 | 1,869,487.42 | 3,059,999.99 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | | |
| Accounts Payable | | | |
| Taxes Payable *(refer to FORM MOR-4)* | 0.00 | 0.00 | |
| Professional Fees | | | |
| Due to Rimi Corporate Facilities | 10,558.74 | 10,558.74 | |
| Due to Veneer Products | 1,600.00 | 1,600.00 | |
| Amounts Due to Insiders - MVRC Leasing Corp. - Postpetition | 75,000.00 | 75,000.00 | |
| Amounts Due to Insiders - Marie Rizzo - Postpetition | 32,000.00 | 32,000.00 | |
| Amounts Due to Insiders - Anthony Rizzo - Postpetition. Reclassified to Reimbursement of Payroll | | | |
| **TOTAL POST-PETITION LIABILITIES** | 119,158.74 | 119,158.74 | 0.00 |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | | |
| Secured Debt | 838,521.00 | 838,521.00 | 838,521.00 |
| Priority Debt - Paid IRS 15,000 | 1,381,774.09 | 1,396,774.09 | 1,561,774.09 |
| Unsecured Debt - Checks returned by Signature Bank - $88,000 | 1,970,733.04 | 1,970,733.04 | 2,058,733.04 |
| **Total Secured and Priority Debt** | 4,191,028.13 | 4,206,028.13 | 4,459,028.13 |
| Amounts Due to Insiders - MVRC Leasing Corp. - Additional Secured Debt | 121,000.00 | 121,000.00 | 121,000.00 |
| Prepetition Unsecured Notes | 2,419,325.00 | 2,419,325.00 | 2,419,325.00 |
| Amounts Due to Insiders - Marie Rizzo - Paid Professionals | 100,000.00 | 100,000.00 | 100,000.00 |
| **TOTAL PRE-PETITION LIABILITIES** | 6,831,353.13 | 6,846,353.13 | 7,099,353.13 |
| **TOTAL LIABILITIES** | 6,950,511.87 | 6,965,511.87 | 7,099,353.13 |
| **OWNERS' EQUITY** | | | |
| Capital Stock | 25,000.00 | 25,000.00 | 25,000.00 |
| Additional Paid-In Capital | 35,424.70 | 35,424.70 | 35,424.70 |
| Owner's Equity Account | | | |
| Retained Earnings - Pre-Petition | (4,053,846.04) | (4,053,846.04) | (4,053,846.04) |
| Dec 2016/2017 Year End Adjustments | | | |
| Net Profit (Loss) - Includes Dec 31, 2016 YE Adjustments and 2017 Adjustments. | (1,087,463.06) | (1,102,603.11) | (45,931.80) |
| Retained Earnings - Post-petition | | | |
| *NET OWNERS' EQUITY* | (5,080,884.40) | (5,096,024.45) | (4,039,353.14) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 1,869,627.47 | 1,869,487.42 | 3,059,999.99 |

FORM MOR-3 BS  
2/2008  
PAGE 6 OF 11

In re RIMI WOODCRAFT CORP.  
Debtor

Case No. 17-20002  
Reporting Period: 06/01/18 to 06/30/18

|  | 0.00 | 0.00 | 0.00 |

## BALANCE SHEET - continuation section

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| **Other Current Assets** | N/A | | |
| **Other Assets** | N/A | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| **Other Post-petition Liabilities** | N/A | | |
| **Adjustments to Owner's Equity** | N/A | | |
| **Post-Petition Contributions** | N/A | | |

Restricted Cash: Cash that is restricted for a specific use and not available to fund operations. Typically, restricted cash is segregated into a separate account, such as an escrow account.

In re Rimi Woodcraft Corp  
    Debtor

Case No. 17-20002  
Reporting Period: 06/01/18 to 06/30/18

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | 0.00 | | | | | 0.00 |
| FICA-Employee | 0.00 | | | | | 0.00 |
| FICA-Employer | 0.00 | | | | | 0.00 |
| Medicare - Employee | 0.00 | | | | | 0.00 |
| Medicare - Employer | 0.00 | | | | | 0.00 |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: Install Agreement | | | 15,000.00 | | | |
| **Total Federal Taxes** | **0.00** | **0.00** | **15,000.00** | | | **0.00** |
| **State and Local** | | | | | | |
| Withholding | 0.00 | | | | | 0.00 |
| MCTMT | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: Corporation Tax | | | | | | |
| **Total State and Local** | **0.00** | **0.00** | **0.00** | | | **0.00** |
| **Total Taxes** | **0.00** | **0.00** | **15,000.00** | | | **0.00** |

## SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

Number of Days Past Due

| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | | | | | | 0.00 |
| Wages Payable | | | | | | 0.00 |
| Taxes Payable | | | | | | 0.00 |
| Rent/Leases-Building | | | | | | 0.00 |
| Rent/Leases-Equipment | | | | | | 0.00 |
| Secured Debt/Adequate Protection Payments | | | | | | 0.00 |
| Professional Fees | | | | | | 0.00 |
| Amounts Due to Insiders | | | | | | 0.00 |
| Other: _____ | | | | | | 0.00 |
| Other: _____ | | | | | | 0.00 |
| **Total Post-petition Debts** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

FORM MOR-4 Taxes  
2/2008  
PAGE 8 OF 11

RIMI WOODCRAFT CORP.
Debtor

Case No. 17-20002
Reporting Period: 06/01/18 to 06/30/18

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting | 422,781.80 |
| Plus: Amounts billed during the period | |
| Less: Amounts collected during the period | |
| Add: Retainage | |
| Less: Unearned | |
| Bad Debts: Adjustment | |
| Total Accounts Receivable at the end of the reporting period | 422,781.80 |

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | 0.00 | | | | 0.00 |
| 31 - 60 days old | | 0.00 | | | 0.00 |
| 61 - 90 days old | | | 0.00 | | 0.00 |
| 91+ days old | | | | 422,781.80 | 422,781.80 |
| *Total Accounts Receivable before retainage* | 0.00 | 0.00 | 0.00 | 422,781.80 | 422,781.80 |
| Less: Bad Debts (Uncollectable amounts) | | | | | |
| Add: Retainage | | | | | |
| Less: Unearned | | | | | |
| *Net Accounts Receivable* | - | - | - | 422,781.80 | 422,781.80 |
| | | | | | - |

## TAXES RECONCILIATION AND AGING

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | 0.00 |
| 31 - 60 days old | | | | | 0.00 |
| 61 - 90 days old | | | | | 0.00 |
| 91+ days old | | | | 1,381,774.09 | 1,381,774.09 |
| Total Taxes Payable | 0.00 | 0.00 | 0.00 | 1,381,774.09 | 1,381,774.09 |

| Total Accounts Payable | | | | | 0.00 |
|---|---|---|---|---|---|

In re RIMI WOODCRAFT CORP.  
Debtor

Case No. 17-20002  
Reporting Period: 06/01/18 to 06/30/18

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT GROSS | TOTAL GROSS TO DATE |
| Anthony Rizzo | Payroll (*) | (32,500.00) | 163,537.30 |
| Julie Rizzo | Payroll | 0.00 | 8,806.50 |
| | | | |
| | | | |
| TOTAL PAYMENTS TO INSIDERS | | (32,500.00) | 172,343.80 |

(*) Reimbursement of Payroll

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| | | N/A | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | | | | |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

### POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | N/A | | |
| TOTAL PAYMENTS | | | |

In re RIMI WOODCRAFT CORP.  Case No. 17-20002
Debtor  Reporting Period: 06/01/18 to 06/30/18

## DEBTOR QUESTIONNAIRE

| # | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 5 | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? | | X |
| 8 | Are any post petition payroll taxes past due? | | X |
| 9 | Are any post petition State or Federal income taxes past due? | | X |
| 10 | Are any post petition real estate taxes past due? | | X |
| 11 | Are any other post petition taxes past due? | | X |
| 12 | Have any pre-petition taxes been paid during this reporting period? | | X |
| 13 | Are any amounts owed to post petition creditors delinquent? | | X |
| 14 | Are any wage payments past due? | | X |
| 15 | Have any post petition loans been been received by the Debtor from any party? | | X |
| 16 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 17 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| 18 | Have the owners or shareholders received any compensation outside of the normal course of business? | | X |

FORM MOR-7
2/2008
PAGE 11 OF 11



## SIGNATURE BANK
565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                              Statement Period
                                              From June    01, 2018
                                              To   June    30, 2018
                                              Page    1 of    3

                                              PRIVATE CLIENT GROUP 133
                                              36-36 33RD STREET
                                              LONG ISLAND CITY, NY 11106


   RIMI WOODCRAFT CORP DEBTOR IN POSSESSION9-133
   CASE# 1711437 RDD
   OPERATING ACCOUNT
   270 WHITE PLAINS RD, 2ND FLOOR
   EASTCHESTER NY   10709           999        See Back for Important Information


                                              Primary Account: 1502367737         2
```

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 1502367737 | BANKRUPTCY CHECKING | 914.23 | 3,667.86 |
| | RELATIONSHIP TOTAL | | 3,667.86 |

# SIGNATURE BANK

Statement Period
From June    01, 2018
To   June    30, 2018
Page    2 of    3

PRIVATE CLIENT GROUP 133
36-36 33RD STREET
LONG ISLAND CITY, NY 11106

RIMI WOODCRAFT CORP DEBTOR IN POSSESSION9-133
CASE# 1711437 RDD
OPERATING ACCOUNT
270 WHITE PLAINS RD, 2ND FLOOR
EASTCHESTER NY  10709            999

See Back for Important Information

Primary Account: 1502367737                    2

BANKRUPTCY CHECKING           1502367737

### Summary

| | |
|---|---:|
| Previous Balance as of June    01, 2018 | 914.23 |
| 2 Credits | 22,500.00 |
| 3 Debits | 19,746.37 |
| Ending Balance as of   June   30, 2018 | 3,667.86 |

### Deposits and Other Credits

| | | | |
|---|---|---|---:|
| Jun 18 | DEPOSIT | ref# | 15,000.00 |
| Jun 26 | DEPOSIT | ref# | 7,500.00 |

### Withdrawals and Other Debits

| | | |
|---|---|---:|
| Jun 22 | ONLINE TRANSFER DR | 15,000.00 |
| | ONLINE XFR TO: 1502367788 | |

### Checks by Serial Number

| | | | | | | |
|---|---|---:|---|---|---|---:|
| Jun 01 | 1281 | 451.21 | Jun 28 | 1288 * | | 4,295.16 |

* Indicates break in check sequence

### Daily Balances

| | | | | |
|---|---:|---|---|---:|
| May 31 | 914.23 | | Jun 22 | 463.02 |
| Jun 01 | 463.02 | | Jun 26 | 7,963.02 |
| Jun 18 | 15,463.02 | | Jun 28 | 3,667.86 |

**SIGNATURE BANK**

```
                                          Statement Period
                                          From June    01, 2018
                                          To   June    30, 2018
                                          Page    3 of    3

                                          PRIVATE CLIENT GROUP 133
                                          36-36 33RD STREET
                                          LONG ISLAND CITY, NY 11106


    RIMI WOODCRAFT CORP DEBTOR IN POSSESSION9-133
    CASE# 1711437 RDD
    OPERATING ACCOUNT
    270 WHITE PLAINS RD, 2ND FLOOR
    EASTCHESTER NY  10709            999       See Back for Important Information

                                              Primary Account: 1502367737          2
```

Rates for this statement period - Overdraft
Jun 14, 2018   14.750000 %
Jun 01, 2018   14.500000 %



**SIGNATURE BANK**
565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                            Statement Period
                                        From June    01, 2018
                                        To   June    30, 2018
                                        Page    1 of    2

                                        PRIVATE CLIENT GROUP 133
                                        36-36 33RD STREET
                                        LONG ISLAND CITY, NY 11106


   RIMI WOODCRAFT CORP DEBTOR IN POSSESSION8-133
   CASE# 1711437 RDD
   PAYROLL ACCOUNT
   270 WHITE PLAINS RD, 2ND FLOOR
   EASTCHESTER NY  10709         999      See Back for Important Information


                                        Primary Account: 1502367745           0
```

| Signature Relationship Summary | Opening Bal. | Closing Bal. |
|---|---|---|
| BANK DEPOSIT ACCOUNTS | | |
| 1502367745  BANKRUPTCY CHECKING | .00 | .00 |
| RELATIONSHIP  TOTAL | | .00 |

# SIGNATURE BANK

```
                                          Statement Period
                                          From June    01, 2018
                                          To   June    30, 2018
                                          Page    2 of     2

                                          PRIVATE CLIENT GROUP 133
                                          36-36 33RD STREET
                                          LONG ISLAND CITY, NY 11106


   RIMI WOODCRAFT CORP DEBTOR IN POSSESSION8-133
   CASE# 1711437 RDD
   PAYROLL ACCOUNT
   270 WHITE PLAINS RD, 2ND FLOOR
   EASTCHESTER NY  10709          999        See Back for Important Information


                                             Primary Account: 1502367745        0


   BANKRUPTCY CHECKING          1502367745



Summary

  Previous Balance as of June    01, 2018                                    .00

  There was no deposit activity during this statement period

  Ending Balance as of   June    30, 2018                                    .00


Rates for this statement period - Overdraft
Jun 14, 2018   14.750000 %
Jun 01, 2018   14.500000 %
```



**SIGNATURE BANK**
565 Fifth Avenue, 12th Floor
New York, NY 10017

```
                                           Statement Period
                                    From June     01, 2018
                                    To   June     30, 2018
                                    Page    1 of     2

                                    PRIVATE CLIENT GROUP 133
                                    36-36 33RD STREET
                                    LONG ISLAND CITY, NY 11106


    RIMI WOODCRAFT CORP DEBTOR IN POSSESSION9-133
    CASE# 1711437 RDD
    TAX ACCOUNT
    270 WHITE PLAINS RD, 2ND FLOOR
    EASTCHESTER NY  10709         999         See Back for Important Information


                                           Primary Account: 1502367788         1
```

| Signature Relationship Summary | | Opening Bal. | Closing Bal. |
|---|---|---|---|
| BANK DEPOSIT ACCOUNTS | | | |
| 1502367788 | BANKRUPTCY CHECKING | .00 | .00 |
| | RELATIONSHIP TOTAL | | .00 |

# SIGNATURE BANK

```
                                                        Statement Period
                                                  From June    01, 2018
                                                  To   June    30, 2018
                                                  Page      2 of     2

                                                  PRIVATE CLIENT GROUP 133
                                                  36-36 33RD STREET
                                                  LONG ISLAND CITY, NY 11106


   RIMI WOODCRAFT CORP DEBTOR IN POSSESSION9-133
   CASE# 1711437 RDD
   TAX ACCOUNT
   270 WHITE PLAINS RD, 2ND FLOOR
   EASTCHESTER NY   10709          999           See Back for Important Information


                                                  Primary Account: 1502367788         1


   BANKRUPTCY CHECKING          1502367788
```

## Summary

| | |
|---|---:|
| Previous Balance as of June 01, 2018 | .00 |
| 1 Credits | 15,000.00 |
| 1 Debits | 15,000.00 |
| Ending Balance as of June 30, 2018 | .00 |

## Deposits and Other Credits

| | | |
|---|---|---:|
| Jun 22 | ONLINE TRANSFER CR ONLINE XFR FROM: 1502367737 | 15,000.00 |

## Checks by Serial Number

| | | |
|---|---|---:|
| Jun 26 | 1117 | 15,000.00 |

## Daily Balances

| | | | | |
|---|---:|---|---|---:|
| May 31 | .00 | | Jun 26 | .00 |
| Jun 22 | 15,000.00 | | | |

Rates for this statement period - Overdraft
Jun 14, 2018    14.750000 %
Jun 01, 2018    14.500000 %