# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**300 Quarropas Street**
**White Plains, NY 10601**

IN RE: Rimi Corporate Facilities Refurbishing Ltd.            CASE NO.: 17−20001−rdd

Social Security/Taxpayer ID/Employer ID/Other Nos.:          CHAPTER:  11
13−3417463

# NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Robert D. Drain in this Chapter 11 case.

Rimi Corporate Facilities Refurbishing Ltd. was dismissed from the case on October 3, 2018 .

Dated: October 3, 2018                                Vito Genna
                                                      Clerk of the Court